NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dana Moon, Esq. (Bar No. 185154)
wk@moondorsett.com
MOON & DORSETT, PC
445 S. Figueroa Street, Suite 2900
Los Angeles, CA 90010
Telephone: (213) 380-1526

ATTORNEY(S) FOR: XLD CENTRY LLC; XLD GROUP LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States ex rel. GNGH2 Inc.,<br><br>Plaintiff(s),<br>v.<br>XLD CENTURY LLC and XLD GROUP LLC,<br><br>Defendant(s) | CASE NUMBER:<br>2-22-CV-05514-SB-PVC<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendants XLD CENTRY LLC; XLD GROUP LLC___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| United States ex rel GNGH2 Inc. | Plainitff-Relator |
| XLD CENTURY LLC | Defendant |
| XLD GROUP LLC | Defendant |
| SICHUAN XINGLIDA GROUP CAPITAL CO. LTD. | Defendants' Parent company |

October 11, 2023
Date

*[Signature]*
Signature

Attorney of record for (or name of party appearing in pro per):

Dana Moon

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES