UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States ex rel. GNGH2, | ) | Case No. 2:22-cv-05514-SB(PVCx) |
| | ) | |
| Plaintiff-Relator, | ) | **Supplement to Rule 26 Report** |
| | ) | |
| v. | ) | Complaint Filed: August 4, 2022 |
| | ) | |
| XLD Century LLC and XLD GROUP LLC, | ) | Answer Filed: October 5, 2023 |
| | ) | Proposed Trial Date: May 8, 2024 |
| Defendants. | ) | |

The parties jointly, by and through their counsel of record, hereby submit this supplemental report pursuant to the Court's instructions:

The parties and counsel have met and conferred pursuant to the Court's instructions and respectfully advise the Court that all parties do not consent to magistrate judge jurisdiction over this matter for all purposes.

*[signature]*

David Abrams, Attorney at Law
Attorney for Plaintiff-Relator
PO Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
dnabrams@wjlf.org

Dated: November 20, 2023
Delhi, New York

MOON & DORSETT, PC

by: /s/ 

Dana Moon, Esq. (Bar No. 185154)
wk@moondorsett.com
445 S. Figueroa Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 380-1526

Dated: November 20, 2023
Los Angeles, California