UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| United States ex rel. GNGH2, | ) | Case No. 2:22-cv-05514-SB(PVCx) |
|---|---|---|
| Plaintiff-Relator, | ) | **Joint Status Report** |
| v. | ) | |
| XLD Century LLC and XLD GROUP LLC, | ) | |
| Defendants. | ) | |

The parties jointly, by and through their counsel of record, hereby submit this status report pursuant to the Court's instructions:

The parties have resolved the dispute raised by Plaintiff's motion of January 29, 2024 and would like to withdraw said motion and cancel the status conference scheduled for February 2, 2024.

/s/ David Abrams

David Abrams, Attorney at Law
Attorney for Plaintiff-Relator
PO Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
dnabrams@wjlf.org

Dated: January 31, 2024
Delhi, New York

MOON & DORSETT, PC

by: /s/ Dana Moon / DNA

Dana Moon, Esq. (Bar No. 185154)
wk@moondorsett.com
445 S. Figueroa Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 380-1526

Dated: January 31, 2024
Los Angeles, California

David Abrams hereby attests that by email dated January 31, 2024 Defendants' counsel indicated that she concurred in this document and authorized its filing.

Joint Status Report - 1