David Abrams, Attorney at Law<br>
P.O. Box 3353, Church Street Station, New York, NY 10008<br>
Tel. 212-897-5821 Fax 212-897-5811 dnabrams@wjlf.org<br>
Delhi, New York

April 25, 2024

| | | |
|---|---|---|
| To: | Attn: Hon. Stanley Blumenfeld Jr. | (by ECF) |
| | United States District Court Central District of California | |
| | 350 West 1st Street | |
| | Los Angeles, CA 90012 | |

Re:   <u>United States ex rel. GNGH2 Inc. v. XLD CENTURY LLC et al.</u>
      <u>Case No. 22cv5514-SB-PVC</u>

Dear Judge Blumenfeld:

    This office represents the Plaintiff in the above-referenced matter.  Pursuant to the Court's order of April 24, 2024, I am writing to respectfully advise the Court that the settlement conference (and related discussions) are complete and were unsuccessful.  Defendants' counsel has reviewed this letter and concurs.

Respectfully yours,<br><br>
<i>[signature]</i><br><br>
David Abrams

cc;   Defendant's counsel                    (by electronic filing)

1