# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States, et al., Plaintiff(s) v. XLD Century LLC, et al., Defendant(s) | CASE NUMBER: CV 22-5514 SB (PVCx) MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Monday, June 10, 2024, at 3:00 p.m.

The Courtroom Deputy Clerk will email call-instructions to the parties.

Dated:  6/10/24

By:  Marlene Ramirez
Deputy Clerk