# In The Matter Of:

*U.S. ex rel. GNGH2, Inc. vs.*

*XLD CENTURY LLC and XLD GROUP LLC*

---

*JIAQI ZHANG*

*December 1, 2023*

---

*Challe, Fisher & Morfin*

*1828 South Street*

*Redding, California  96001*

*(530)246-0942*

*cfmdepos@att.net*

Original File J. Zhang.txt

Min-U-Script® with Word Index

1              UNITED STATES DISTRICT COURT FOR

2               THE CENTRAL DISTRICT OF CALIFORNIA

3

4    United States ex rel.        )
     GNGH2 Inc.,                   )
5                                  )
              Plaintiff,           )
6                                  )
                  vs.              )   No. 2:22-cv-05514-SB(PVCx)
7                                  )
     XLD CENTURY LLC and XLD       )
8    GROUP LLC,                    )
                                   )
9             Defendant.           )
                                   )
10

11

12

13

14                    DEPOSITION OF

15                     JIAQI ZHANG

16              LOS ANGELES, CALIFORNIA

17                 DECEMBER 1, 2023

18

19

20

21

22

23

24

25    REPORTED BY:  YVONNE M. HARGROVE, CSR NO. 3354

1              UNITED STATES DISTRICT COURT FOR

2            THE CENTRAL DISTRICT OF CALIFORNIA

3

4  United States ex rel.      )
   GNGH2 Inc.,                )
5                             )
            Plaintiff,        )
6                             )
              vs.             )   No. 2:22-cv-05514-SB(PVCx)
7                             )
   XLD CENTURY LLC and XLD    )
8  GROUP LLC,                 )
                              )
9            Defendant.       )
                              )

10

11

12

13

14

15

16         Deposition of JIAQI ZHANG, taken on behalf of

17  Plaintiff, via Zoom Teleconferencing, Los Angeles,

18  California, commencing at 9:57 a.m., Friday, December

19  1, 2023, before Yvonne M. Hargrove, CSR No. 3354.

20

21

22

23

24

25

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4    DAVID ABRAMS
      P.O. Box 3353 Church Street Station
 5    New York, New York 90048
      dnabrams@wjlf.org
 6
      FOR THE DEFENDANTS:
 7
      MOON & DORSETT
 8    BY:  DANA MOON
      445 S. Figueroa Street
 9    Suite 2900
      Los Angeles, California 90071
10    dm@danamoon.com

11    Also present with Ms. Moon - RIZ RAMJI

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        I N D E X

2   WITNESS:     JIAQI ZHANG

3   EXAMINATION                              PAGE

4        BY MR. ABRAMS                        5

5

6   EXHIBITS                 PLAINTIFF'S
                             DESCRIPTION
7   NUMBER

8   Z1 -         Joint Rule 26 Report        25

9   Z2 -         PPP Application for XLD
                 Group                        30
10  Z3 -         PPP Application for XLD
                 Century                      61
11  Z4 -         Marriott Management
                 Agreement                    64
12  Z5 -         E-mail                       69

13  Z6 -         Certificate of Completion    78

14

15  QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER:

16          Page 75 - Line 10

17          Page 83 - Line 3

18

19  INFORMATION TO BE SUPPLIED:

20                          PAGE            LINE

21                         (NONE)

22

23

24

25
```

**JIAQI ZHANG**

```
1                       JIAQI ZHANG,
2                having first been duly sworn, was
3                examined and testified as follows:
4
5                        EXAMINATION
6    BY MR. ABRAMS:
7        Q.   Okay.  Ma'am, can you please state and spell
8    your full name for the record?
9        A.   My name is Jiaqi Zhang.  First name is
10   J-i-a-q-i, and last name is Z-h-a-n-g.
11       Q.   Okay.
12            (Short pause taken.)
13   BY MR. ABRAMS:
14       Q.   Ma'am, can you just repeat your name again, I
15   didn't quite get that?
16       A.   My name is Jiaqi Zhang, and first name is
17   J-i-a-q-i and last name is spelled Z-h-a-n-g.
18       Q.   Your last name is pronounced Zhang?
19       A.   Yeah, that's right, Zhang.
20       Q.   Zhang, I apologize, okay.  'Cause to me it
21   looks like it ought to be pronounced like Zhang, but
22   that's incorrect, right?  Okay, I'm going --
23       A.   That's fine.
24       Q.   -- to probably not get it right.
25            And can you please tell me -- state your
```

**JIAQI ZHANG**

1   business address for the record?

2       A.    It's 24 -- 2700 Foothill Boulevard, Suite 305

3   in Pasadena, California.

4       Q.    Okay.  And it's true you also go by the name

5   Becky sometimes; is that right?

6       A.    Yeah, that's right.

7       Q.    Okay.  So people refer to you as --

8       A.    Becky.

9       Q.    -- Becky, Becky Zhang, correct?

10      A.    Yeah, Becky Zhang, yeah.

11      Q.    Okay.  My name is David Abrams, I'm an

12  attorney, and I represent the plaintiff Relator in a

13  case which has been filed in the Central District of

14  California against XLD Group LLC and XLD Century LLC,

15  and I'm here today to ask you some questions, and the

16  first question I have for you is whether you've ever

17  been deposed before?

18      A.    No.

19      Q.    Okay.  So let me explain to you how it works.

20  I am going to ask you a series of questions, and your

21  job is to answer them.  Do you understand that?

22      A.    Yeah.

23      Q.    Okay.  And do you understand that you're

24  under oath, and so that you have a legal obligation

25  to tell the truth today, the same as if you were

**JIAQI ZHANG**

1   testifying in court?

2       A.   Yes.

3       Q.   Okay.  And do you understand the court

4   reporter is taking down everything that we say?

5       A.   Yeah.

6       Q.   Okay.  So that way -- because of that,

7   there's two things that you need to keep in mind.

8   The first is your responses to questions have to use

9   words.  In other words, you can't respond to a

10  question by shaking your head or saying uh-huh or

11  nodding or things like that.  Do you understand?

12      A.   Yeah.

13      Q.   Okay.  And the other thing is we can't both

14  speak at the same time.  So if I'm in the middle of

15  asking you a question, even if you kind of know what

16  I'm about to ask you, I would ask that you wait until

17  I finish the question before you answer, and I'll try

18  not to interrupt your answer.  Do you understand?

19      A.   Yes.

20      Q.   Okay.  Now, if I ask a question that you

21  don't understand, I would ask that you tell me so,

22  and I'll try to rephrase that, okay?

23      A.   Yes.

24      Q.   Okay.  So that way if I ask you a question

25  and you answer it, it means that you understand the

**JIAQI ZHANG**

1  question, and you're answering to the best of your

2  ability.  Do you understand that?

3      A.   Yes.

4      Q.   Okay.  Now, hold on one second, something

5  just popped up on my computer.  I'm going to try to

6  turn it off.  I know what just happened.

7           So, ma'am, are you under the influence of any

8  drugs, alcohol or medication which would affect your

9  ability to testify truthfully today?

10     A.   No.

11     Q.   Okay.  And for the record, since this is a

12 30(b)(6) deposition, you're here on behalf of both

13 defendants; is that right?

14     A.   Yes.

15     Q.   Okay.  So you're here on XLD Century and XLD

16 Group LLC; is that right?

17     A.   That's correct.

18     Q.   Okay.  Fine.  And what are your current

19 positions with those entities?

20     A.   I'm the vice-president of XLD Group LLC, and

21 also the vice-president of XLD Century LLC.

22     Q.   Okay.  Are there any other vice-presidents?

23     A.   Yeah, there's another one.

24     Q.   And who's that?

25     A.   It's Joey Zhang.

**JIAQI ZHANG**

1    Q.    Okay.  Is that person a relative of yours?

2    A.    Yes.

3    Q.    What's your relation to that person?

4    A.    He's my sibling, my brother.

5    Q.    Okay.  Okay.  We'll talk more about XLD Group

6  and XLD Century in a bit.  But first I wanted to ask

7  you are you able to tell me your educational

8  background?

9    A.    I graduated in York University in UK back in

10  2009, and I got my Master degree in Marketing

11  Management in Aston University also in UK.

12    Q.    And when did you get that degree?

13    A.    2000 -- 2010.

14    Q.    Okay.  And what degree did you -- you got --

15  what did you get, like Bachelor's degree from York

16  University?

17    A.    It's from business management.

18    Q.    A business management.  So what's the title

19  of that degree?

20    A.    It's a Bachelor in Science.

21    Q.    Okay, BS.  All right.

22    A.    Yeah.

23    Q.    By the way, I apologize, I forgot to say

24  something which is that if at any time you need a

25  break, you should let me know, and we'll get promptly

**JIAQI ZHANG**

1    to a stopping point where you can take a break.  The

2    only thing is if there's a question pending, I would

3    ask that you not take a break until the question's

4    been answered.  Do you understand that?

5         A.    Yeah.

6              MS. MOON:  Counsel, what's your time

7    estimate?

8              MR. ABRAMS:  It shouldn't be more than two or

9    three hours, so, you know, assuming everything goes

10   smoothly.

11             MS. MOON:  Okay.  If we would just like to

12   move forward without any lunch break.

13             MR. ABRAMS:  Yeah, that's fine.  You know,

14   we'll see how things go.  I might need to take a

15   short break at some point, but I don't see this as

16   being a lengthy deposition unless there's, you know,

17   some kind of big dispute or you know.  I'm sure

18   you've been around long enough that sometimes

19   surprises happen, okay?

20             MS. MOON:  Sure.

21             MR. ABRAMS:  All right, fine.

22             You know, by the way -- can we go off the

23   record just a second?

24             MS. MOON:  Sure.

25   /

**JIAQI ZHANG**

1          (Whereupon a discussion was had off the

2          record.)

3          MR. ABRAMS:  Back on the record.

4     BY MR. ABRAMS:

5          Q.    Okay.  Let me ask you, ma'am, what year did

6     you graduate high school?

7          A.    I graduated high school in Wycliffe College

8     Gloucester also in the UK.

9          Q.    And what year was that?

10          A.    2005.

11          Q.    Okay.  All right.  So the -- this Wycliffe

12     College and York University in Alton (sic), the

13     language of instruction is English; is that right?

14          A.    Yes.

15          Q.    So it sounds to me you're quite proficient in

16     the English language; is that right?

17          A.    English is my second language, and my mother

18     language is Mandarin, so I -- yeah.

19          Q.    How old were you when you started learning

20     English?

21          A.    Sixteen.  Fifteen, sixteen.

22          Q.    Okay.  When you say that your first language

23     is Mandarin, you mean Mandarin Chinese?

24          A.    Yes, that's right.

25          Q.    Okay.  And I take it did you spend your youth

**JIAQI ZHANG**

1    in East Asia?

2        A.   Yes, like mostly in China.

3        Q.   Okay.  And when you say China, you mean the

4    People's Republic of China?

5        A.   Yes.

6        Q.   Okay.  All right, fine.  Now, since 2010,

7    have you been working?

8        A.   2010 I think, like, I had some intern --

9    internship in a advertisement company, and I got a

10   job in a Japanese education institution.

11       Q.   Okay.  Well, let me ask you this, ma'am.

12   Currently you work for XLD Group and XLD Century; is

13   that right?

14       A.   Uh-huh (affirmative), yeah.

15       Q.   Okay.  And are there any other persons or

16   entities that you work for currently?

17       A.   Yeah, yes, before that I got an internship in

18   a -- I went to a bank in China, a local bank.  I

19   worked there for one year in Shanghai.

20       Q.   Okay.  But I'm not sure you answered my --

21   got my question right.  Besides XLD Group and XLD

22   Century, do you currently work for anyone else?

23       A.   No.

24       Q.   Okay.  And how long have you been working for

25   XLD Group and XLD -- or XLD Century?

**JIAQI ZHANG**

1      A.    I started my job in XLD N.A. Real Estate

2   Development was in 2013, so since then, yeah.

3      Q.    Okay.  Well, there's XLD N.A. Real Estate

4   Development, I take it that's a company that's

5   affiliated in some way with XLD Group and XLD

6   Century?

7      A.    Yes.

8      Q.    Okay.  What's the connection?

9      A.    The XLD N.A. Real Estate states own 95

10  percent of XLD Group.

11     Q.    Okay.  And are you still -- do you still work

12  directly for XLD Real Estate?

13     A.    Yes.

14     Q.    Okay.  And what's your position with that

15  entity?

16     A.    Vice-president.

17     Q.    Okay.  Are there any other XLD entities, XLD

18  affiliated entities that you have a position with?

19     A.    As the secretary -- well, I guess that's -- I

20  guess -- well, I don't remember, like, all my names

21  on, like, all the papers, but, yeah.

22     Q.    I see.  Okay.  So, in other words, you're

23  saying that there may be other entities that are

24  related to these XLD entities that you a secretary or

25  you have some other office with, is that what you're

**JIAQI ZHANG**

1    saying?

2        A.    Yes.

3        Q.    But you're not a 100 percent sure?

4        A.    Not a 100 percent sure.

5        Q.    Okay.  Well, hold on a second.

6              Well, is it true that there's -- that there's

7    sort of a parent company in the People's Republic of

8    China that owns all of these XLD entities?

9        A.    There's a parent company in China that owns

10   XLD -- that owns XLD N.A. Real Estate Development.

11       Q.    Okay.  And it owns a 100 percent of it?

12       A.    It owns a 100 percent of it.

13       Q.    Okay.  And the parent company in China, is

14   that Sichuan Singlida?

15       A.    Yes.

16       Q.    Is that of what it's called?

17       A.    Yes.

18       Q.    Okay.  And that's -- that company, where is

19   it located in China?

20       A.    China, Sichuan.

21       Q.    Okay.  So -- and so Sichuan, that's a

22   province in the People's Republic of China?

23       A.    Yes.

24       Q.    Okay.  And just for clarity, I guess when --

25   from now on when I say China, I mean People's

**JIAQI ZHANG**

1    Republic of China, okay?

2        A.    Yeah.

3        Q.    Okay.  And I apologize for that, I'm a little

4    old as you can see, and in my day, you know, we

5    talked about there was like China sometimes meant

6    Taiwan, so I just want to be clear that we're talking

7    about the People's Republic of China, okay?

8        A.    Yeah.

9        Q.    Okay.  So let's see if I understand this.  So

10   this Sichuan Singlida -- let me -- Sichuan Singlida

11   sometimes referred to as XLD Group, correct?

12       A.    Well, we have, like, a lot of, like,

13   different entities, and we call it just Sichuan

14   Singlida.

15       Q.    You call what?  Say that again.

16       A.    Sichuan Singlida.  So the -- basically the

17   Sichuan XLD Singlida.

18       Q.    Okay.  And then the second word is Singlida;

19   is that right?

20       A.    Yes.

21       Q.    Okay.  And that's spelled?

22       A.    S-i-n-g-l-i-d-a.

23       Q.    Okay.  So let's see if I understand this.  So

24   Sichuan Singlida is a company in China, correct?

25       A.    Yes.

**JIAQI ZHANG**

1     Q.   And it owns XLD North America Real Estate,

2  correct?

3     A.   It owns XLD U.S. Top LLC.

4     Q.   Okay.  And XLD U.S. Top LLC owns XLD N.A.

5  Real Estate; is that right?

6     A.   Yes.

7     Q.   And XLD N.A. Real Estate owns XLD Group LLC

8  and XLD Century LLC; is that right?

9     A.   XLD Group N.A. Real Estate owns XLD Group

10  LLC.

11     Q.   Okay.  100 percent?

12     A.   No, 95.

13     Q.   95.  And what about XLD Century, who owns

14  that?

15     A.   It's a different -- XLD Century owned by XLD

16  Investment, Inc.

17     Q.   Okay.  And is that a 100 percent?

18     A.   It's -- XLD Century, it's 100 percent owned

19  by XLD Investment.

20     Q.   Okay.  Are you looking at something?  Are you

21  looking at --

22     A.   No, I'm trying to think.  We have like

23  different shareholders, I'm trying to think which

24  layer, like, they joined and what time.  XLD

25  Investment is not 100 percent owned XLD Century, it's

**JIAQI ZHANG**

1  like 89 percent, 80 some percent.

2      Q.   Okay.  And who owns -- I'm getting very

3  confused here, so let me just -- hold on a second,

4  okay?

5      A.   Sure.

6      Q.   Just give me a second.

7          Okay.  So -- well, let me ask you this:

8  Maybe we can kind of, you know, cut -- shortcircuit

9  this a little bit.

10         Is it fair to say that the China entity, the

11  PRC entity Sichuan Singlida is ultimately the

12  majority owner of both of XLD Group LLC and XLD

13  Century LLC?

14     A.   It is the parent company, like owns both XLD

15  Group.

16     Q.   And XLD Century?

17     A.   And XLD Century.

18     Q.   Okay.  It's the parent company, but it

19  doesn't -- its ultimate percentage isn't quite a 100

20  percent, right?

21     A.   It does not own it directly, but it is like

22  ultimate the parent company.

23     Q.   Okay.  But what I want to know is this, like

24  I want to know its ultimate percentage is.  Do you

25  know what I'm asking or do you want me to explain?

**JIAQI ZHANG**

1    A.    Can you rephrase more?

2    Q.    Yeah, sure.  So like, for example, let's

3  suppose company A owns 50 percent of company B, and

4  then company owns 50 percent of company C, right,

5  then you would say company A ultimately owns a

6  quarter of company C.  Do you understand?

7    A.    Well, I think ultimately it's just like the

8  parent company is just -- it doesn't like directly

9  own, but it owns majority of the shares.

10   Q.    All right.  Well, let's -- you know what, I

11  guess we better go through this then, okay, just to

12  make sure I understand, I apologize.

13         So let's start again with XLD Group LLC.

14  Okay, so what entity owns the majority of XLD Group

15  LLC?

16   A.    XLD Group N.A. Real Estate Development.

17   Q.    Okay.  And what's the percentage?

18   A.    That's 95 percent.

19   Q.    Okay.  And what entity owns the majority of

20  XLD Group N.A. Real Estate Development, Inc.?

21   A.    That's the XLD Top LLC.

22   Q.    And what's that percentage?

23   A.    That's 100 percent.

24   Q.    Okay.  And what entity owns XLD Group Top?

25   A.    That's -- that's Sichuan -- that's the

**JIAQI ZHANG**

1   Sichuan Singlida group.  I don't remember the full

2   name.

3       Q.   Okay.  That's the PRC entity we've been

4   talking about, though, right?

5       A.   Yeah, yeah.

6       Q.   And what's that percentage?

7       A.    I think that's -- I'm not sure, but I think

8   it's, like, 80 percent, like 100 percent.

9       Q.   Okay.  So 80 to a 100 percent; is that right?

10      A.   Yeah, yes.

11      Q.   Okay.  So let's see if I understand this.  So

12  you say the PRC entities Sichuan Singlida owns 80 to

13  100 percent of XLD Top which in turn owns a 100

14  percent of XLD Group N.A. Real Estate which in turn

15  owns 95 percent of XLD Group LLC; is that right?

16      A.   XLD U.S. Top.

17      Q.   XLD U.S. Top?

18      A.    In Canada.  Yeah, XLD Group N.A. then owns

19  XLD Group.

20      Q.   Okay.  But besides my mistake in identifying,

21  what I just said is correct, right?

22      A.   Yes.

23      Q.   Okay.  So that's fine.  All right.  So --and

24  let me ask you this:  You know, we're talking about

25  how things are currently.  Is that how things have

**JIAQI ZHANG**

1   been for the last ten years?

2       A.    Sorry, can you repeat again?

3       Q.    I said like -- I was asking you about the

4   ownership right now as we sit here today on December

5   1st, 2023, and I wanted to know is that what the

6   ownership relationships and percentages have been in

7   the past?

8       A.    Well, we'd have to -- we'd have to look up,

9   like, our documents 'cause there's, like,

10  shareholders join in the changing, so might be

11  slightly different.

12      Q.    I'm sorry.

13      A.    Might be slightly different, I'm not sure

14  'cause I have to look it up.

15      Q.    Oh, it might be slightly different, but it's

16  not very different; is that right?

17      A.    Yeah, majority will be the same.

18      Q.    Oh.  So -- okay.  And it's been like that for

19  the last five or ten years?

20      A.    Yes.

21      Q.    Okay.  Okay.  The entire time that you've

22  been working for XLD, for any XLD entity?

23      A.    Yes.

24      Q.    Okay.  And you were aware of these ownership

25  relationships the whole time, even if you weren't

JIAOI ZHANG

```
 1   aware of the exact percentages; is that right?

 2        A.    Yes.

 3        Q.    Okay.  So now let's talk about XLD Century.

 4   So what entity owns that?

 5        A.    XLD Investment, Inc.

 6        Q.    All right.  And what's that percentage?

 7        A.    I think 80 some percentage.

 8        Q.    Okay.  Okay.  And who owns that?

 9        A.    It's U.S. Top LLC owns XLD Investment, Inc.

10        Q.    U.S. Top 100 percent?

11        A.    Yeah.

12        Q.    Okay.  And that's the same XLD U.S. Top you

13   referred to as the last set of questions?

14        A.    Yes.

15        Q.    Okay.  Fine.  And so same question, these --

16   for the most part, these relationships and

17   percentages have been in place for the last five or

18   ten years, correct?

19        A.    Yes.

20        Q.    Okay.  And you've been aware of these

21   relationships and percentages, roughly speaking, the

22   entire time you worked for XLD; is that right?

23        A.    That's correct, yes.

24        Q.    Okay.  And how long have you been working for

25   XLD?
```

**JIAQI ZHANG**

| | |
|---|---|
| 1 | A.    Since 2013. |
| 2 | Q.    Okay.  Okay.  So just so we're clear, so the |
| 3 | whole time from -- the last ten years, you've been |
| 4 | working for various XLD entities, correct? |
| 5 | A.    Yes. |
| 6 | Q.    Okay.  And the whole time you've been aware |
| 7 | that ultimately the main owner, ultimate owner of |
| 8 | these entities is Sichuan Singlida in the People's |
| 9 | Republic of China, right?  You're nodding your head, |
| 10 | does that mean yes? |
| 11 | A.    The parent company is like the same parenting |
| 12 | company, we're not changing any, yes. |
| 13 | Q.    Okay.  So that means yes? |
| 14 | A.    Yeah. |
| 15 | Q.    Okay.  Now, is there someone who's like the |
| 16 | big boss, the head person at this PRC Sichuan |
| 17 | Singlida? |
| 18 | A.    You mean the owner of the Sichuan Singlida? |
| 19 | Q.    Yeah. |
| 20 | A.    Yeah, there -- definitely, every company has |
| 21 | a boss.  There's one majority owner of the Sichuan |
| 22 | Singlida. |
| 23 | Q.    Right.  So, you know, I'm sure you've heard |
| 24 | the phrase the big cheese, the head honcho, you've |
| 25 | heard those kind of phrases before, right? |

**JIAQI ZHANG**

1      A.   I'm not sure, what are you -- you mean
2   like --
3      Q.   Okay.  Let me ask you.  There's usually one
4   person who's sort of the primary person in a company.
5      A.   Yes.
6      Q.   Okay.  And I'm just wondering who's that
7   person for Sichuan Singlida?
8      A.   Jun Zhang, he owns the majority share of that
9   company.
10     Q.   Okay.  Can you say that again?
11     A.   Jun Zhang.
12     Q.   I apologize, that's very difficult for me.
13          And that person has -- does that person have
14   the same last name as you?
15     A.   Yes.
16     Q.   Okay.  Is that related?
17     A.   Yes.
18     Q.   I'm sorry.
19     A.   He's my father.
20     Q.   Okay.  So it's like a family business you can
21   say?
22     A.   Yes.
23     Q.   Okay.  And I think you mentioned your brother
24   is involved in the business as well, right?
25     A.   Yes.

**JIAQI ZHANG**

1    Q.    Okay.  Are there any other family members
2    involved?
3        A.    Not my knowledge, no.
4        Q.    And the Chinese entity Sichuan Singlida,
5    that's a real estate company in the People's Republic
6    of China?
7        A.    Yes.
8        Q.    Okay, I understand.  And this individual
9    Jun -- I apologize, Jun Zhang, where does he live?
10       A.    He has -- he lives -- he travels a lot, so he
11   lives, like, goes back and forth.  When he's in the
12   United States, he lives in his property in the United
13   States.
14       Q.    I see.  He's a citizen of China, though?
15       A.    Yes.
16       Q.    Okay.  And it's fair to say he's very
17   successful; is that right?
18            MS. MOON:  Objection, vague.
19   BY MR. ABRAMS:
20       Q.    Whatever.  You know, strike that.  It's not a
21   big deal.  I'm just trying to get a sense of the
22   whole picture here, but it's not a vital question.
23            So you said you were vice-president.  Can you
24   tell me what your job duties are like on a day to day
25   basis.

**JIAQI ZHANG**

1      A.    We -- our companies invest -- we purchased

2   three hotels.   The purchase of two hotels here in

3   L.A., and my daily job is communicate and operate in

4   ways the management level seeing to discuss about our

5   project in our daily operations.

6      Q.    Okay.   And you say that there's three hotels.

7   The other one's in Puerto Rico; is that right?

8      A.    Yes.

9      Q.    And so just so we're clear, like XLD Century,

10  that owns the LAX Marriott; is that right?

11     A.    Yes.

12     Q.    And XLD Group LLC owns the Torrance Marriott;

13  is that right?

14     A.    Yes.

15     Q.    Okay.   Now -- hold on just a second.

16          Okay.   So I'm going to try to show a document

17  to you which I'll -- I guess I'm going to mark it as

18  -- I guess why don't we call it Z1.

19     A.    Z1?

20     Q.    Well, in English your last name seems to

21  start with a Z, so I'm just trying to keep this as

22  simple as I can.   So hold on a second.

23          (Whereupon Plaintiff's Exhibit Z1, Joint Rule

24          26 Report, was marked for identification.)

25  /

**JIAQI ZHANG**

```
 1   BY MR. ABRAMS:
 2       Q.   All right.  Can you see the document I'm
 3   looking at?
 4       A.   Yes.
 5       Q.   Okay.  And you don't need to worry about most
 6   of it 'cause it's all like legal mumbo jumbo, but I'm
 7   showing you page two, and you see towards the top
 8   where it says "Defendant's Position"?
 9       A.   Yes.
10       Q.   Okay.  So do you see that it says, "The
11   defendants own certain Marriott hotels operated by
12   Marriott Management in California".  Do you see that?
13       A.   Yeah.
14       Q.   Okay.  So I guess is that true?
15       A.   Yeah, our hotel, yes, we operate by Marriott
16   Management.
17       Q.   Okay.  So I just want to -- you know, we
18   don't need to go crazy on this, but I want to
19   understand.  So are you -- you know, I guess what's
20   your involvement in managing the hotels if Marriott
21   is managing them?  Do you understand my question?
22       A.   Yeah.  Yes.
23       Q.   Okay.  So can you explain that?
24       A.   They do -- we're the ownership of the hotels.
25       Q.   Okay.
```

**JIAQI ZHANG**

1      A.    So basically we have management agreement

2    with the Marriott Management Team.  So they do daily

3    operations, but from XLD, we invest the money, we

4    have to be responsible for our shareholders, and

5    that's why we very -- we communicate very closely

6    with the high level management team weekly.  So we

7    have phone calls with them, you know, we go to

8    properties, and we discuss about budgets,

9    renovations, and the performance basically on a very

10   like weekly, daily basis.

11      Q.    I see.  So is it fair to say that both of the

12   defendants in this matter have signed, like, standard

13   management agreements with Marriott Hotel Services?

14      A.    Yes, that's correct.

15      Q.    Okay.  And you know I don't -- you know, I

16   don't have those agreements, and it's probably not

17   that important for this case, but I just want to make

18   sure I understand the relationship here.  So hold on

19   a second, let me just see.

20           Marriott's a publicly traded company, right?

21      A.    Yes.

22      Q.    Okay.  So you -- probably their management

23   agreements are available.  I mean I guess -- let me

24   skip to the next topic, I don't want to get too

25   sidetracked.  Let me ask you this:

**JIAQI ZHANG**

1          So did there come a time when both of the

2     defendants in this matter apply for second-round PPP

3     disaster relief?

4          A.    Can you repeat again?

5          Q.    Did there come a time when the defendants in

6     this matter applied for second-round PPP disaster

7     relief?

8               MS. MOON:  Kind of vague did there come a

9     time.  Are you trying to say that did the companies

10    request the relief?

11    BY MR. ABRAMS:

12         Q.    Ma'am, do you not understand my question?

13         A.    Not -- not very clearly.

14         Q.    Okay.  Well, let me put it a different way.

15    Let's start with -- hold on a second.

16              Let me ask you this, ma'am.  Do you know what

17    this lawsuit is about?

18         A.    Yes.

19         Q.    And to your understanding, what's this

20    lawsuit about?

21              MS. MOON:  Objection, that's not calculated

22    to lead to admissible evidence, and it calls for

23    legal conclusion.  To the extent that you're asking

24    her her understanding of the legal positions, I'm

25    going to instruct her not to answer.

**JIAQI ZHANG**

1          And what are you trying to say?  What does

2    her understanding of this lawsuit have anything to do

3    with it?  Can you be more specific?

4          MR. ABRAMS:  Well, you know, look, the thing

5    is this.  It's reasonable question.  I'm not going

6    to, like, make a big fight over this, but, you know,

7    Rule 30 is the same everywhere.  You know, your

8    objections, the scope of objections is very limited,

9    and what you've done is you've gone beyond the scope

10   of reasonable objections.

11         And, you know, if this keeps up, we're going

12   to have a big problem, I'll tell you that right now.

13   So I'm going to move on to another question, but I'll

14   tell you right now that these kind of objections are

15   not appropriate.

16         MS. MOON:  Well, that's not your decision,

17   it's the court's decision.

18         MR. ABRAMS:  That's right, it will be the

19   court's decision.

20   BY MR. ABRAMS:

21      Q.   Okay.  Ma'am, did defendant XLD Group LLC

22   ever apply for second-round PPP disaster relief?

23      A.   Yes.

24      Q.   Okay.  And are you the one who applied for

25   that relief on behalf of XLD Group LLC?

**JIAQI ZHANG**

The parties
agree that
"withdrew"
in Line 1
should be
"went through"
as set forth in
the errata sheet.

1      A.   Well, I -- our group, like, withdrew the

2   numbers and steps, yes.

3      Q.   Okay.  And same questions for defendant XLD

4   Century LLC, did XLD Century LLC apply for

5   second-round PPP disaster relief?

6      A.   Yes.

7      Q.   Okay.  And are you the one who applied for

8   second-round PPP disaster relief on behalf of that

9   entity?

10      A.   Same, I went through all the steps, and on

11   behalf of XLD Century, I applied.

12      Q.   Okay.  And when you say you went through all

13   the steps, that meant filling out forms on a

14   computer; is that right?

15      A.   Yes.

16      Q.   Okay.  So I'm going to show you a couple

17   documents.  So first, I'm going to show you what's

18   been marked as -- what I'm going to mark as Z2.

19          (Whereupon Plaintiff's Exhibit Z2, PPP

20          application for XLD Group LLC, was

21          identification.)

22   BY MR. ABRAMS:

23      Q.   All right.  Can you see that?

24      A.   Yes.

25      Q.   Okay.  And it's a four page document, and you

**JIAQI ZHANG**

1    see at the top it says "Paycheck Protection Program

2    Second Draw Borrower Application Form"?

3            MS. MOON:  Counsel, we don't see the four

4    page obviously, we only see a little portion of a

5    tiny little section.  So we don't see top or bottom

6    or any four pages really.

7            MR. ABRAMS:  Okay.  This is -- I mean if you

8    want, I'll e-mail it to you so she can look at the

9    whole thing if she wants or it's part of your

10    document production.

11            MS. MOON:  You're just making -- oh, it's XLD

12    00 -- 001.  I can get that.

13            MR. ABRAMS:  It's 01 through 04.  So if you

14    want to pull it up yourself and look at the whole

15    thing.

16            THE WITNESS:  Yeah, we have --

17            MS. MOON:  Okay, let me pull it up.  I got

18    it.  XLD 001 through 004, I got it.  So you can let

19    go of that shared screen, it's not working.  It's

20    only giving us portion.  Okay, so we got the document

21    right here.

22    BY MR. ABRAMS:

23        Q.   So, ma'am, do you understand that this is a

24    set of documents that was produced by your attorney's

25    in this matter?

**JIAQI ZHANG**

1      A.    Yeah.

2      Q.    Okay.  And you see at the top it says

3  "Paycheck Protection Program Second Draw Borrower

4  Application Form"?

5      A.    Yes.

6      Q.    Okay.  And you see under Primary Contact it

7  says Jiaqi Zhang?

8            MS. MOON:  Where does it say that?  Say

9  where?

10            MR. ABRAMS:  On the first page in the upper

11  right-hand corner about three lines down, do you see

12  sit says Primary Contact.

13      A.    The Primary Contact, yes.

14            MS. MOON:  Oh, primary contact, okay.

15  BY MR. ABRAMS:

16      Q.    All right.  And that's your name; is that

17  right?

18      A.    That's right.

19      Q.    All right.  And then you see it says e-mail

20  address?

21      A.    Yeah, that's my e-mail address.

22      Q.    Okay.  So is this a form that you completed,

23  ma'am?

24      A.    I think I complete this form with my -- my

25  team, and I'm not quite sure.

**JIAQI ZHANG**

1    Q.    Okay.  Well, let me ask you this:  Was this

2    completed online?

3    A.    Yes.

4    Q.    Okay.  And so I want you to look on the

5    fourth page.  Actually on the third page.  Do you see

6    there's a whole series of lines, and it says "JZ"

7    next to each of those little statements?

8    A.    Yes.

9    Q.    Okay.  And so isn't it true that you had to

10    essentially initial next to each of those stations --

11    A.    Yes.

12    Q.    -- when you were completing the form?

13    A.    Yes.

14    Q.    Okay.  And that was done online, right?

15    A.    Yes.

16    Q.    Okay.  And you see, like, your initials

17    appeared next to -- well, do you see where it says,

18    "The authorized representative of the applicant must

19    certify in good faith to all of the below by

20    initialing next to each one."  Do you see that?

21    A.    Yes.

22    Q.    Okay.  And you, in fact, initialed next each

23    of these statements, correct?

24    A.    Yes.

25    Q.    All right.  Why did you do that?

The parties agree that "stations" in Line 10 should be "statements" as set forth in the errata sheet.

**JIAQI ZHANG**

1    A.   Why did I do that?  What do you mean?

2    Q.   Well, why did you put your initials next to

3  each statement?

4    A.   So I read it, and I checked it and so I put

5  my initials, I confirmed.

6    Q.   Okay.  All right.  And then you submitted

7  this form, correct?

8    A.   Yes.

9    Q.   All right.  And you submitted this form in

10 order to get the $2 million in disaster relief,

11 correct?

12   A.   Yes.

13   Q.   And you did get the $2 million in disaster

14 relief; is that right?

15   A.   Yes.

16   Q.   And when I say you, I mean your company,

17 right?

18   A.   Yeah.

19   Q.   Okay.  And that those -- that money was

20 eventually forgiven, right?

21   A.   Yes.

22   Q.   Okay.  Now, you see on page four the initial

23 statement, the second from the top where -- you want

24 me to read it to you or do you see what I'm talking

25 about, the one that refers to the People's Republic

**JIAQI ZHANG**

1    of China, do you see that one?

2         A.    Yes, I see that one.

3         Q.    Okay.  So now did you read that before you

4    initialed it?

5         A.    Yes.

6         Q.    Okay.  And did you understand it?

7         A.    Yeah.

8         Q.    Okay.  And what did you understand it to

9    mean?

10        A.    That the applicant, which is XLD Group, it's

11   not an entity created or organized under the law of

12   the People's Republic of China or Hong Kong, and we

13   -- XLD Group or XLD Century, we don't have

14   significant operation in China or Hong Kong, and we

15   don't own or host directly or indirectly not less

16   than 20 percent of the interest.

17            And I understand, like, we don't have member

18   of the business or any person who is like a resident

19   of People's Republic of China, yeah.  Well, we don't

20   have any member or of the board.

21            MS. MOON:  Of the --

22            THE WITNESS:  Of the board or directors of

23   the business concern or like who -- who is like the

24   resident of the People's Republic of China.

25        /

**JIAQI ZHANG**

1  BY MR. ABRAMS:

2      Q.    Well, let me ask you this:  I'm going to look

3  at it.  So you see it says, "The applicant is not a

4  business concern or entity"?

5      A.    Uh-huh (affirmative).

6      Q.    "For which an entity created in or organized

7  under the People's laws -- the laws of the People's

8  Republic of China or Hong Kong or" -- I'm sorry, let

9  me finish my question, ma'am.

10          Do you see it says, "for which an entity,"

11  and then there's some stuff about China.  Then says,

12  "owns or holds directly or indirectly not less than

13  20 percent of the economic interest of the business

14  concern or entity."  Do you see that?

15      A.    Yes.

16      Q.    Okay.  So isn't that saying that you're

17  certifying that the applicant is not an entity for

18  which a PRC company has ownership interest?

19      A.    It is what it says here.

20          MS. MOON:  She already told you her

21  understanding.

22          MR. ABRAMS:  Okay.  Look, I'm allowed to ask

23  her questions.  This is very important, and I'm

24  allowed to do it, and I'd appreciate it if you didn't

25  say anything suggestive.  Okay, you're trying to

**JIAQI ZHANG**

1    suggest to her how she should respond, and I really

2    don't appreciate it.

3           MS. MOON:   How is that a suggestion?

4           MR. ABRAMS:   I'm not going to argue.

5    BY MR. ABRAMS:

6        Q.    Ma'am, let me ask you this:   We agreed that

7    Sichuan Singlida indirectly owns more than 20 percent

8    of the economic interest of XLD Group LLC, right?

9        A.    XLD Sichuan Singlida is the parent company,

10   yes, but indirectly, yes.

11       Q.    Right.  So it says -- let me ask you this:

12   In the first clause where it says "business concern

13   or entity" you see that, right?

14       A.    Uh-huh (affirmative).

15       Q.    Do you see that?

16       A.    Yes.

17       Q.    Okay.  And so you understand that business

18   concern or entity refers to the applicant, refers to

19   XLD Group LLC, right?

20       A.    Yes.

21       Q.    Okay.  And then you see a couple lines down,

22   it says, "not less than 20 percent of the economic

23   interest of the business concern or entity."  Do you

24   see that?

25       A.    Yes.

**JIAQI ZHANG**

1      Q.    Okay.  So you understand that's talking about

2   ownership of XLD Group LLC, correct?

3      A.    Yeah.

4      Q.    Okay.  So the certification is saying that

5   there's no PRC company that owns more than 20 percent

6   of the economic interest of XLD Group LLC, right?

7      A.    No.

8      Q.    Doesn't mean that to you?

9      A.    No, that's not what I see from this phrase.

10     Q.    As you sit here today, that's not your

11  interpretation of this language, correct?

12     A.    What's that?  Can you repeat again?

13     Q.    As we sit here today, you're confident that

14  this language is not referring to the ownership of

15  the applicant?  It's not referring to entities that

16  own the applicant, correct?

17     A.    Correct.

18     Q.    Okay.  And if it were referring to that, then

19  -- if it were referring to the ownership of the

20  applicant, then you couldn't have honestly initialed

21  that, right?

22     A.    Can you say it again?

23     Q.    I said if this language is referring to the

24  ownership of the applicant, of the ownership of the

25  XLD Group LLC, then you could not have honestly

**JIAQI ZHANG**

```
 1   certified to this representation, correct?
 2       A.   It's talking about whether XLD owns a company
 3   in China.
 4       Q.   All right.  But assuming for the sake of
 5   discussion, and I know you interpret this language
 6   differently, but assuming that it's referring to the
 7   ownership of XLD Group LLC, and not what is owned by
 8   XLD Group LLC, then you would not have been able to
 9   accurately certify to this representation, correct?
10       A.   Well, I don't -- I don't -- I don't know why
11   -- why -- what do you mean?
12       Q.   You're not able to understand my question,
13   ma'am?
14       A.   I think your question's like -- I don't
15   understand.
16       Q.   You don't understand.  Well, let me ask you
17   this, ma'am.  How old were you when you started
18   reading English?
19       A.   Sixteen.
20       Q.   Sixteen?  And would you say you have good
21   English comprehension skills?
22       A.   For basics, yes.
23       Q.   For basic?  What would you say your
24   comprehension skills are good enough to understand
25   this entire application?
```

**JIAQI ZHANG**

1     A.    Well, I don't think so, I have, like, how do
2    you define that?   Yeah.   I thought I did.
3     Q.    Well, I'm asking you what you think now.   Do
4    you think that -- as we sit here today, do you think
5    your English skills are good enough to understand
6    this application form?
7     A.    I -- I already said, like, what I understand.
8    I --
9     Q.    All right.   And I'm asking you if you believe
10   that your English skills are good enough to
11   understand this form?
12    A.    I thought I did, I thought I understand this.
13    Q.    Okay.   Well, as we sit here today, do you
14   think that you understand this?
15    A.    Yes.
16    Q.    Okay.   So the answer's yes, so you do think
17   your English is good enough to understand this form?
18    A.    I think I understand it, but I feel like
19   you're saying like I didn't.
20    Q.    Well, I'm asking you, ma'am, okay?   I'm
21   asking you if your English -- if your English
22   skills -- as we sit here today, if you believe your
23   English skills are good enough to understand this
24   form?   It's a simple yes or no question.
25    A.    Yes.

**JIAQI ZHANG**

1        Q.    Okay.  And you believe the same thing when

2    you completed the form in 2021, right?

3        A.    Yeah, I understood the language like as I

4    told you already.

5        Q.    Okay.  And there was no doubt in your mind

6    that your interpretation was correct, right?

7        A.    What do you mean?

8        Q.    Like when you completed the form --

9        A.    Yeah.

10       Q.    -- you were confident that your

11   interpretation of the form was correct

12       A.    Yeah.

13       Q.    Okay.  And -- but you saw this about the

14   People's Republic of China, right?

15       A.    Huh?

16       Q.    Yes?

17       A.    Can you say it again?

18       Q.    You saw language about the People's Republic

19   of China, correct?

20       A.    Yes.  Yes.

21       Q.    And you knew that the applicant XLD Group LLC

22   was connected in some way to the People's Republic of

23   China, right?

24       A.    Well, it just talk about like XLD owns a

25   company in China, that's what I --

**JIAQI ZHANG**

1    Q.   Okay.  So, yes, but my question is you knew

2    at the time that there was some kind of connection

3    between XLD Group LLC and the Chinese company, right?

4    A.   Yeah, I did talking about whether XLD owns a

5    company in China.

6    Q.   Okay.  Well, that's not my question.  My

7    question is at the time, you knew that there was a

8    connection between XLD Group LLC and a company in the

9    People's Republic of China?  Did you -- you were

10   aware of that, right?

11   A.   I'm aware there's the Republic -- yeah,

12   there's a connection.

13   Q.   Okay.  Now let me ask you this:  Did you --

14   before completing this form, did you consult with

15   anyone?

16   A.   With this form?  This is -- no, this is just

17   like our team.

18   Q.   Well, did you talk to anyone about the form

19   before you completed it and submitted it?

20   A.   I submit this form specification.

21   Q.   Does that mean yes or no, ma'am?

22   A.   No.

23   Q.   Okay.  So you didn't consult with anyone?

24   A.   No, we -- no.

25   Q.   Okay.

**JIAQI ZHANG**

1     A.    It's just our team, like, when we get some
2   numbers.
3     Q.    Well, when you talk about a team, who is on
4   the team?
5     A.    Our accountant, our in-house accountant that
6   prepared the numbers in a financial supporting
7   documents.
8     Q.    Okay.  And what's that person's name?
9     A.    Jack Chen, J-a-c-k, last name C-h-e-n.
10    Q.    Okay.  Anyone else?
11    A.    No.
12    Q.    Okay.  And you say you discussed the numbers
13  with him, did you discuss this form with him in any
14  way?
15          MS. MOON:  Which part?
16          THE WITNESS:  It's -- we needed to, like,
17  prepare, like, some numbers, and so we discussed this
18  application, but --
19  BY MR. ABRAMS:
20    Q.    Let me ask you this:  Did you discuss this
21  part about the People's Republic of China with him?
22    A.    No, I think I understand it's like -- I can
23  finish this form by myself.
24    Q.    Okay.  Well, let me ask you this:  On the
25  first page you see where it says to -- well, actually

**JIAQI ZHANG**

1    hold on a second before I get into that, let me ask

2    you this:

3              So you actually filled out more than one of

4    these forms, right?  You filled out one for XLD Group

5    LLC and one for XLD Century LLC, right?

6         A.    Yes.

7         Q.    All right, hold on a second.  Let me get the

8    one for XLD Century.

9              MS. MOON:  Do you have a question pending?

10   Can we take a break?

11             MR. ABRAMS:  Now's a fine time to take a

12   break.  How long do you need?

13             MS. MOON:  Ten minutes.

14             MR. ABRAMS:  I mean if you want to take a ten

15   minute break, that's fine with me.  We'll resume at

16   2:07 p.m. Eastern time which is -- I don't know what

17   that is.

18             MS. MOON:  Eleven.

19             MR. ABRAMS:  11:07, 11:07 Pacific time, okay?

20             MS. MOON:  Okay.  We'll talk to you later.

21             (Whereupon a short break was taken.)

22   BY MR. ABRAMS:

23        Q.    All right, ma'am, now that you've had a ten

24   minute break and a chance to confer with your

25   counsel, is there any testimony you've given that you

**JIAQI ZHANG**

```
1    want to correct or change in any way?

2        A.    No.

3        Q.    Okay.  So and I can't remember -- you know,

4    before we move on, I just want to confirm.  So

5    Exhibit 2, that's a document that you completed and

6    submitted in order to get second draw Paycheck

7    Protection Program monies; is that correct?

8        A.    Yeah.  Yes.

9        Q.    Okay.  On behalf of XLD Group LLC?

10       A.    Yes.

11       Q.    Okay.  So I'm going -- I guess I'll e-mail

12   you the similar form for XLD Century.

13            (Whereupon Plaintiff's Exhibit 2, PPP

14            Application for XLD Group, LLC was marked for

15            identification.)

16            MR. ABRAMS:  So, Attorney Moon, do you want

17   me to e-mail that to you?

18            MS. MOON:  Okay.

19            MR. ABRAMS:  I mean I can screen share it,

20   but it seems like you're not --

21            MS. MOON:  Because the exhibit -- I think

22   it's the same other than the numbers, and you're not

23   going to ask about numbers.  So I think it's the

24   same, just share screen.

25            MR. ABRAMS:  Okay, I will try.
```

**JIAQI ZHANG**

1    BY MR. ABRAMS:

2        Q.    So I'm going to show you -- hold on.

3              Okay.  So do you see the document, ma'am?

4        A.    Yes.

5        Q.    Okay.  And it's a four page document.  Do you

6    want me to scroll through it, so you can see it all?

7              MS. MOON:  Just show us the portion where

8    you're going to ask questions on 'cause, you know,

9    you can't really --

10             MR. ABRAMS:  Well, I have a question about

11   the entire document.

12             MS. MOON:  Okay.

13   BY MR. ABRAMS:

14       Q.    So the question is this:  Is this the form

15   that you completed and submitted in order to get

16   second draw Paycheck Protection Program monies for

17   XLD Century LLC?

18       A.    Yes.

19       Q.    Okay.  And you signed this form

20   electronically?

21       A.    Yes.

22       Q.    And you signed the other form electronically,

23   the one we talked about be a minute ago?

24       A.    Well, I -- yes, I signed it through their

25   online portal, but I don't recall, like -- I tried

**JIAQI ZHANG**

1    looking for the signed copy, but I couldn't find it.

2    You know, I you don't -- I don't recall whether I

3    signed or not.

4        Q.    Okay.  Well, you submitted it through their

5    online portal, right?

6        A.    Yeah.

7        Q.    And that asked for some kind of electronic

8    signature or confirmation or something like this,

9    correct?

10       A.    No.

11       Q.    It didn't?

12       A.    No.

13       Q.    So you're testifying -- let's just make sure

14   I understand this.  You applied for second-round PPP

15   monies on behalf of XLD Century LLC and XLD Group

16   LLC, correct?

17       A.    Can you repeat again?

18       Q.    You applied for -- I'm going to say PPP

19   instead of Paycheck Protection Program.  You applied

20   for PPP monies for XLD Century LLC and XLD Group LLC,

21   correct?

22       A.    Yeah.

23       Q.    Okay.  You're looking at your attorney, and

24   I'm going to admonish you if you don't know how to

25   answer a question, your attorney's not allowed to

**JIAQI ZHANG**

1    help you in any way, do you understand that?

2        A.    I can look whatever direction I want to.

3        Q.    Okay.  All right.  You know, look, I'm going

4    to ask that you turn the camera so that I can see

5    both of you.  Would you please do that?

6            MR. ABRAMS:  Because the thing is this:

7    Ms. Moon, you know perfectly well that if she looks

8    for you for help, you can't help her?

9            MS. MOON:  Excuse me.

10            MR. ABRAMS:  I'm just saying that.

11            MS. MOON:  Harass her and make her -- be rude

12    like this.  You do a better job, counsel.  That's

13    ridiculous for you -- just because she turned her

14    head toward me, for you to go to this length, it's

15    rude.

16            MR. ABRAMS:  All right.

17    BY MR. ABRAMS:

18        Q.    So, ma'am, you applied for second-round PPP

19    relief for XLD Century LLC and XLD Group LLC; is that

20    right?

21        A.    Yes.

22        Q.    Okay.  And you did that online, correct?

23        A.    Yes.

24        Q.    And you completed forms online to do that,

25    correct?

**JIAQI ZHANG**

1      A.    Yes.

2      Q.    All right.  And you're saying that -- you

3  deny that the system required you to provide any kind

4  of electronic signature for these forms, is what

5  you're testifying to?

6      A.    Well, I don't recall whether I signed or not

7  'cause I tried to looking for signed copies, and I

8  couldn't find it.

9      Q.    Okay.  So the answer is you don't remember;

10  is that right?

11      A.    Yeah, I don't remember.

12      Q.    Okay.  But if the bank were to testify that

13  you had to electronically sign the documents in order

14  to get the money, you wouldn't dispute that, would

15  you?

16      A.    Sure, yeah.

17      Q.    You would dispute it?

18      A.    Well, I don't remember if I signed it or not.

19      Q.    Okay.  I'm just asking you if the bank -- if

20  a representative of the bank were to testify that you

21  had to actually electronically sign the documents in

22  order to get the money, would you dispute that

23  testimony?

24      A.    I don't remember.

25      Q.    You don't -- so you're saying -- you said you

**JIAQI ZHANG**

1    don't know if you would or you wouldn't?

2            MS. MOON:  Can you just move on from this?

3    What point are you going to make?  I mean --

4    BY MR. ABRAMS:

5        Q.   Are you able to answer my question, ma'am?

6        A.    I think that -- well, see like -- it's like

7    really depends if -- it really depends like whether

8    they have my signed pages or not, right?

9        Q.   Well, do you see at the bottom of this form,

10   ma'am, it says "Signature of Authorized Person", and

11   then it's printed.  Your name is printed there, do

12   you see that?

13       A.   Uh-huh (affirmative).

14       Q.   Do you see that, ma'am?

15       A.   Yes, yes.

16       Q.   Okay.  So do you know how those words got

17   there on that form?

18       A.   I don't recall.

19       Q.   You don't know.  Let me ask you this:  So the

20   same set of questions about this form as the other in

21   terms of initialing it and so on.  If I ask you those

22   questions for this form that it did for the previous

23   exhibit, would you give the same answers?

24       A.   Can you say again?

25       Q.   Do you recall I asked you a set of questions

**JIAQI ZHANG**

1    about Exhibit 2 that the application form for XLD

2    Group LLC, do you remember that set of questions?

3        A.    Yes, yes.

4        Q.    Okay.  And if I were to ask you the same set

5    of questions about this form, would you give the same

6    set of answers?

7        A.    Yes.

8        Q.    Okay.  And in particular, on page -- on the

9    -- do you see the certification?

10       A.    Yes.

11       Q.    For -- that relates to the People's Republic

12    of China?

13       A.    Uh-huh (affirmative).  You mean the second

14    paragraph?

15       Q.    Yep, on page four, do you see that?

16       A.    Yes.

17       Q.    Okay.  And so as we sit here today, you're

18    confident that what that means is the applicant can't

19    have a subsidiary which operates or is registered in

20    the People's Republic of China, correct?

21       A.    Yes.

22       Q.    Okay.  And that's what you believed at the

23    time?

24       A.    Uh-huh (affirmative).

25       Q.    Yes?

**JIAQI ZHANG**

1          A.    Right.

2          Q.    And there's no doubt if your mind about that

3     fact?

4          A.    No.

5          Q.    None?

6          A.    No, I -- I understand that there's -- yeah,

7     we're not applied -- that those are not applied to

8     us.

9          Q.    Okay.  Now, let me ask you this:  You aren't

10    -- did you ever try to conceal from the lender the

11    fact that either of these defendants, either of these

12    entities were ultimately owned by an entity in the

13    People's Republic of China?

14         A.    No.

15         Q.    Okay.  Let me ask you this:  Let's go back to

16    Exhibit 2.

17              MS. MOON:  The application form you mean

18    for --

19              MR. ABRAMS:  Yeah, there's two XLD the XLD

20    Group application form.  Hold on a second, I need to

21    pull it up myself.

22    BY MR. ABRAMS:

23         Q.    Okay.  So you see on page one, it says, "List

24    all owners of 20 percent or more of the equity of the

25    applicant"?

**JIAQI ZHANG**

1          MS. MOON:  I'm sorry, where?

2          MR. ABRAMS:  On page one of Exhibit 2, that's

3    the application form for XLD Group LLC.

4          THE WITNESS:  Yeah.

5    BY MR. ABRAMS:

6      Q.   Okay.  You see it says to list all owners of

7    20 percent or more, right?

8      A.   Uh-huh (affirmative).

9      Q.   And you see it says your name, and it says

10   that you own a 100 percent.  Do you see that?

11     A.   Yeah.  Yes.

12     Q.   That's never been true, has it?

13     A.   I don't -- I didn't fill this form, like this

14   form comes out -- this form comes out, it's like

15   electronically.

16     Q.   All right.  So you're saying you don't know

17   who put that information in?

18     A.   Well, I don't -- I don't know.

19     Q.   Okay.  Is there anyone with XLD Group who was

20   involved in completing the applications with the

21   computer for second-round PPP?

22     A.   Let's just -- I told you, just me and my

23   accountant.

24     Q.   And your what?

25     A.   Our accountant in-house Jack Chen, I believe

**JIAQI ZHANG**

1    I gave the name earlier.

2         Q.   Okay.  So you did more than consult with him,

3    he actually completed the form online?

4         A.   I completed the form, and I need the numbers

5    supporting, and we were just work together through

6    the whole program.

7         Q.   Okay.  But did he access the computer system

8    to complete the application form for second-round PPP

9    at all?

10        A.   Does it matter?

11        Q.   Ma'am, are you able to answer my question?

12        A.   I would just, like, go through the

13   application form, and Jack will -- like he's

14   responsible for the numbers.

15        Q.   Okay.  My question, ma'am, did -- when you

16   completed the application form, you did it from a

17   computer, correct?

18        A.   Yes.

19        Q.   And that computer is located at the office of

20   XLD Group LLC on Foothill Boulevard, right?

21        A.   Yes.

22        Q.   And was that the only computer that was used

23   to apply for the second-round PPP or were there other

24   computers involved with that?

25        A.   Well, I don't remember, but I think the

**JIAQI ZHANG**

1    section Jack helped me complete this, and I finished

2    the rest of it.

3        Q.    Okay.  So when you said he helped you

4    complete it, was he standing there and/or sitting

5    there with you while you filled the information in?

6        A.    Yes.

7        Q.    Okay.  So you're both doing it together; is

8    that right?

9        A.    Yes.

10        Q.    Okay.  So you see this bit about you owning a

11    100 percent, correct?

12        A.    Yes.

13        Q.    And that's never been true, correct?

14        A.    That's not.

15        Q.    Okay.  Do you know why that information was

16    put in if it was not true?

17        A.    I don't know.

18        Q.    Did you put it in or did Jack put it in?

19        A.    No.

20        Q.    I'm sorry?

21        A.    No.  We didn't.

22        Q.    Neither of you put it in?

23        A.    No.

24        Q.    Okay.  Do you know how it got there?

25        A.    I don't know.

JIAQI ZHANG

1      Q.   Okay.  And the second line where it says "XLD

2  Group N.A. Real Estate Development, Inc. owner 95

3  percent," did you put that in, did Jack put that in,

4  did someone else put that in?

5      A.   We didn't fill this form -- this form doesn't

6  look like the same, so I don't know how this form

7  comes out.  We give them, like, information, and -- I

8  can't see like XLD.  Yeah.

9      Q.   I'm sorry, when you say we give them

10  information, who's the "them"?

11      A.   Me and Jack.

12      Q.   So you gave information to you and Jack?

13          MS. MOON:  He's asking you who did you give

14  -- you said "I gave them information".  He's asking

15  you who is them?

16          THE WITNESS:  Oh, the bank PPP application.

17  BY MR. ABRAMS:

18      Q.   Okay.  So are you testifying that the bank

19  completed this part of the form for you?

20      A.   The system.  I mean the online system, it

21  comes out -- the form is like not the form like with

22  you the first time.  We didn't put like I own 100

23  percent owner of XLD Group.  Why would I, I'm not an

24  owner.

25      Q.   Okay.  Is it your testimony that you have no

**JIAQI ZHANG**

```
 1   idea where this information came from?
 2        A.   I have no idea why this come -- this
 3   information showed like I own a 100 percent, doesn't
 4   make sense, right?  You add up all the percentage,
 5   it's like -- it's like way off.
 6        Q.   Okay.  But you know that neither you nor Jack
 7   put that in, correct?
 8        A.   We know the structures, we know the shares,
 9   we know the number of the shares, and we know the
10   shareholders.  That's the information we provide to
11   the online -- through the online portal, but the form
12   you saw and we saw is like I don't know why my name
13   is showing as title as owner, that's -- that's the
14   thing, I don't know, I don't know why this happened.
15        Q.   Okay.  So that's not information that you put
16   in, correct?
17        A.   No.
18        Q.   And you don't know who put that in, correct?
19        A.   No, I don't know.
20        Q.   Okay.  All right.  So let's turn to -- it
21   says, "XLD Group N.A. Real Estate Development, Inc.
22   owner 95 percent," but was that true at the time?
23        A.   Yeah.
24        Q.   Okay.  And did you put that in?
25        A.   Well, I knew -- you mean like I filled in,
```

**JIAQI ZHANG**

1    like in the form or what do you mean?  I'm telling

2    you that I know like the structure is.  I saw the

3    Group N.A. owns 95 percent, and the Grand Tripod owns

4    five percent, that's my understanding.  But why this

5    form comes out like this, has four lines, I don't

6    understand, I don't know.

7        Q.    Okay.  So you don't know how this information

8    got into this form this way, correct?

9        A.    No, I don't know.

10       Q.    Okay.  And you submitted this form, though,

11   correct?

12       A.    Yes.  I submitted through the online portal.

13       Q.    Okay.  And when you submitted through the

14   online portal, did it give you an opportunity to

15   review everything that you're about to submit before

16   you click the button to submit it?

17       A.    No.

18       Q.    No?

19       A.    No, I don't remember completely, no.

20       Q.    Okay.  Let me ask you this:  You see it says

21   Jun Zhang --

22       A.    Uh-huh (affirmative).

23       Q.    -- 100 percent owner.  Was that true at the

24   time?

25       A.    You're going back to -- Jun Zhang is my

**JIAQI ZHANG**

1   father, yes, he owns the Sichuan Singlida, but are

2   you asking if he owns 100 percent of XLD Group?

3   That's no.

4        Q.   Okay.  And, again, so this is not information

5   that you either put in the form or provided to --

6        A.   No.

7        Q.   -- the bank; is that correct?

8        A.   No, I didn't.  I didn't put this information.

9        Q.   Okay.  And you don't know where it came from,

10  correct?

11       A.   No.

12       Q.   When I say correct and you say no, that means

13  you're agreeing with me, right?

14       A.   Okay, I didn't given this information.

15       Q.   You didn't give information, and you don't

16  know where it came from, right?

17       A.   No, I don't -- I don't know where it came

18  from.

19       Q.   Okay.

20       A.   You know, the no and yes is like really just

21  a grammar thing, it's really different from Mandarin,

22  so...

23       Q.   Okay.  Well, let me ask you this:  In -- at

24  York, was there English classes?

25       A.   I'm sure the university has English lessons

**JIAQI ZHANG**

```
 1   class.
 2        Q.   Did you take English classes?
 3        A.   No.
 4        Q.   Did you take English classes in high school?
 5        A.   Yes.
 6        Q.   And how were your grades?
 7        A.   I think okay, average.  I pass the extent.
 8        Q.   Okay.  Let me ask you this:  Turning to page
 9   three, you see there's some bullet points at the top?
10        A.   Uh-huh (affirmative).
11        Q.   Does that mean yes?
12        A.   Yes, yes, sorry.
13        Q.   Okay.  And you see the first bullet point, it
14   says, "I have read the statements included in this
15   form, and I understand them."  Do you see that?
16        A.   Yes.
17        Q.   And did you read that at the time you
18   completed this form?
19        A.   Yes.
20        Q.   Okay.  And then it says, "The applicant is
21   eligible to receive a loan under the rules in effect
22   at the time this application is submitted that it was
23   issued by the Small Business Administration and the
24   Department of the Treasury."  Do you see that?
25        A.   Yes.
```

**JIAQI ZHANG**

1  Q. And did you read that at the time?

2  A. Did I what?  Sorry.

3  Q. Did you read that at the time?

4  A. Yes.

5  Q. Okay.  And did you do anything to look up any

6 of those regulations to make sure that XLD Group and

7 XLD Century were eligible?

8  A. No.

9  Q. Okay.  All right.  Turning to Exhibit 3.  I

10 guess you need me to screen share that?

11    MS. MOON:  Which one.

12    MR. ABRAMS:  Exhibit 3 is the XLD form for

13 Century.

14    MS. MOON:  Okay.  Just put it on the screen

15 then.

16    (Whereupon Plaintiff's Exhibit Z3, PPP

17    Application for XLD Century, LLC, was marked

18    for identification.)

19 BY MR. ABRAMS:

20  Q. Okay.  So you see on the first page it says

21 your name, and then it says owner?

22    MS. MOON:  Where?  Where in the first page.

23    THE WITNESS:  The same -- the same thing.

24    MS. MOON:  The list of 20 percent or more?

25 /

**JIAQI ZHANG**

```
 1   BY MR. ABRAMS:
 2        Q.   You see that, ma'am?
 3        A.   Yes.
 4        Q.   And, again, that wasn't true, right?
 5        A.   I don't -- this one like not even have a
 6   number on this one.  I really don't know that.
 7        Q.   It's not true -- at the time in 2021, you
 8   were not an owner of XLD Century LLC, correct?
 9        A.   Still not an owner.
10        Q.   Okay, so that means yes?
11        A.   What you mean, the facts?  No, I'm not an
12   owner.
13        Q.   Okay.  I'm asking at the time you're not an
14   owner, correct?
15        A.   Correct, that's correct.
16        Q.   Okay.  And, again, so you don't know where
17   this information came from saying that you were an
18   owner, correct?
19        A.   I don't know, that's correct.
20        Q.   Okay.  But you signed this form, right?
21        A.   Well, I don't recall if I sign or not this
22   one.
23        Q.   Okay.  All right, I just want to change gears
24   for a minute.  I guess I have another document.  I
25   guess I'll e-mail it to you, it's quite lengthy.  I
```

## JIAQI ZHANG

1  don't want to spend too much time on it, but hold on
2  a second.
3          MS. MOON:  Can tell me what it is?  Maybe I
4  have it.
5          MR. ABRAMS:  No, you don't have it.  What I
6  did during the break, I printed out -- you know,
7  Marriott's publicly traded, so I printed out like a
8  management agreement from the SEC website.
9          MS. MOON:  Is that even relevant?
10          MR. ABRAMS:  Look, ma'am, I mean you said it
11  in your papers that it was managed by Marriott.
12          MS. MOON:  So how is it relevant in this case
13  whether it's managed or not?  I don't understand.
14          THE WITNESS:  It says for XLD Group.
15          MS. MOON:  How is it relevant, counsel?  I
16  mean I don't know response.
17          MR. ABRAMS:  I'm not going to spend a lot of
18  time on this.
19          MS. Moon?  I mean how many pages is it?  I
20  don't know if I can download it if it's too long.
21          MR. ABRAMS:  Well, the thing is -- yeah,
22  you'll be able to 'cause it's -- it was done, like,
23  from text so it's very -- it's just -- it's 675
24  kilobites so it's in fact shorter than the documents
25  you sent me.  I just e-mailed it to you.  I just have

**JIAQI ZHANG**

1    a few questions about it.

2                MS. MOON:  I'm really not seeing the

3    relevance of this at all, it's simply a waste of

4    time, but if you have other questions, why don't you

5    ask those first or is this the end of your --

6                MR. ABRAMS:  It's not -- I just want -- you

7    know, I just want to go in order, okay?  It's Number

8    4.

9                MS. MOON:  I still don't have it.  Did you

10   say you sent it?

11               MR. ABRAMS:  Yeah, I just e-mailed it to you.

12               (Whereupon Plaintiff's Exhibit Z4, Marriott

13               Management Agreement, was marked for

14               identification.)

15   BY MR. ABRAMS:

16       Q.   Well, let me ask you this before we get into

17   it.  Are you the one who signed management agreement

18   with Marriott Hotel Services or is that someone else

19   in the company?

20       A.   I don't remember actually.

21       Q.   All right.  So I just want you to take a look

22   at this -- I'm just going to share it.  I'm not going

23   to ask you a lot of questions.  I just want to ask --

24               MS. MOON:  I still don't have it.

25               MR. ABRAMS:  All right, well, I'll just

**JIAQI ZHANG**

1   share.

2           MS. MOON:  Okay.

3   BY MR. ABRAMS:

4       Q.   All right.  You see -- like this is from the

5   SEC website, this is Marriott Hotel Services

6   Management Agreement.

7       A.   This is the second amendment to --

8       Q.   Yeah, it's a lengthy agreement, obviously

9   we're not going to go through a hundred pages.

10          MS. MOON:  Okay, thank you.

11  BY MR. ABRAMS:

12      Q.   We're not going to do that.  I just want to

13  ask you -- I'm just going to go to the very first

14  page, and you see it's an agreement between someone

15  in Marriott Hotel Services, and it basically says

16  that Marriott Hotel Services is going to manage the

17  hotel.

18          And I just want to know, does this -- are you

19  saying that XLD Century and XLD Group signed

20  documents like -- obviously not identical to this,

21  but something along these lines with Marriott Hotel

22  Services?

23          MS. MOON:  Okay, you know what, why -- okay,

24  based on what you see, if you can answer, you can

25  answer, but I don't know what you're leading to.

**JIAQI ZHANG**

1   It's really not calculated to lead to any admissible
2   evidence.
3           I'm going to just have her answer this
4   question only, but if you have any other question
5   that's irrelevant such as this, I'm just going to ask
6   you to move on.  Can you -- do you have the ability
7   to answer his question?
8           THE WITNESS:  Well, we do have, like,
9   management agreement with Marriott and XLD Group and
10  XLD Century, but I don't know if it's this one, like,
11  you know, similar or we can --
12          MS. MOON:  And the depo the last time.  She's
13  not a computer, you know.
14          MR. ABRAMS:  Okay.  You know, ma'am, like
15  you're making comments, and it's totally
16  inappropriate.  Like, you know, you have your witness
17  here, you have your objection.  You know, I know what
18  you're doing, you're suggesting to her how she should
19  answer the question, and I really don't appreciate
20  it.  Okay.  I'm getting close to the point where I'm
21  going to call the magistrate.
22          MS. MOON:  (Overtalk), counsel, each time
23  being just rude as you can be.  That's how you
24  operate, clearly.
25          MR. ABRAMS:  Yes, I'm very rude.

**JIAQI ZHANG**

1    MS. MOON:  It's hard to say is this similar
2  to the agreement that she had.  Why don't you ask
3  that on the interrogatories, that's more appropriate.
4  BY MR. ABRAMS:
5     Q.   All right.  Well, let's put the question a
6  different way.  You know what, let me ask you this,
7  ma'am.  Hold on a second.
8         Let me ask you this, ma'am.  So when you went
9  through the application process, it wasn't your
10  intention to conceal the fact that XLD Group and XLD
11  Century were ultimately owned by PRC entity; is that
12  right?
13     A.   Of course, no.
14     Q.   You're saying of course, it's right or of
15  course, it's not right?
16     A.   No, it's not right.
17     Q.   And so -- okay.  So it was your intention to
18  conceal the fact that --
19         MS. MOON:  Oh, (unintelligible).
20  BY MR. ABRAMS:
21     Q.   -- XLD Century and XLD Group are ultimately
22  owned by PRC entity; is that what you're testifying
23  to?
24     A.   Well, you're just misunder -- you're just,
25  like, misinterpreting this.  I said no, I don't -- I

**JIAQI ZHANG**

1   don't --
2       Q.   Okay.  Let me ask you this:  I mean would it
3   help you if we got a Mandarin interpreter to help you
4   understand my questions, ma'am?  But do you feel that
5   you're having difficulty understanding?
6       A.   I understand.  Do you have trouble to
7   understand me or --
8            MS. MOON:  She said your questions -- she
9   said you're misunderstanding her.  She said, of
10  course, no, but then why --
11           MR. ABRAMS:  Ma'am, you're not allowed to do
12  this, okay?  You're not allowed to answer for your
13  client.  This is all being taken down, it's going to
14  come out at trial what you're --
15           MS. MOON:  You're telling her she needs an
16  interpreter because she misunderstands your question.
17  She told you you're misunderstanding her answer.  So
18  I'm just trying to straighten you out.
19           MR. ABRAMS:  All right, ma'am, it's not your
20  job to straighten me out.  You have a chance to cross
21  examine.  You have a chance, at the end of this, to
22  clear up anything that you think needs to be cleared
23  up.  It's not your turn to ask questions, ma'am.  It
24  really isn't, and this is all going down, it's all
25  going to come out at trial.

JIAQI ZHANG

1    BY MR. ABRAMS:

2        Q.    Let me ask you this, ma'am.  So just so we're

3    clear, you deny that you did anything -- you were

4    doing -- you had any intention of concealing the

5    ultimate PRC ownership of these two entities; is that

6    correct?  Please just say yes or no.

7        A.    Correct.

8        Q.    Okay.  Now, it's true that in applying for

9    these loans, you communicate -- the bank was Umpqua

10   Bank, right?

11       A.    Yes.

12       Q.    And you communicated with them by e-mail; is

13   that right?

14       A.    Yes.

15       Q.    All right.  Hold on a second.

16             All right.  I'm going to display what's being

17   marked as Exhibit 5.

18             (Whereupon Plaintiff's Exhibit Z5, e-mail,

19             was marked for identification.)

20   BY MR. ABRAMS:

21       Q.    And I'm going to ask you if you recognize

22   this document?

23       A.    Uh-huh (affirmative), yes.

24       Q.    Okay.  And what's this document?

25       A.    That's the e-mail I sent to their PPP loan

Defendants object to the testimony from here until Page 73 on substantially the same grounds as set forth in the Parties' Challenged Exhibits Table

Plaintiff's response is substantially the same as set forth the the Parties' Challenged Exhibits Table .If the challenged testimony is admitted, then Defendant may introduce the entire bracketed portions (both blue and black) with no objection from Plaintiff

**JIAQI ZHANG**

1    thing underwriter or -- yeah.

2          Q.    And when you say "they", you're referring to

3    Umpqua Bank?

4          A.    Umpqua, uh-huh (affirmative).

5          Q.    Yes?

6          A.    Yes.

7          Q.    Okay.  And are the contents of this e-mail

8    accurate and true?

9          A.    Yes.

10                MS. MOON:  What's the --

11   BY MR. ABRAMS:

12         Q.    Okay.  Well, let me ask you this, ma'am.

13                MS. MOON:  Is there any other page or is this

14   it?

15                MR. ABRAMS:  It's a one page document.

16                MS. MOON:  Oh, okay.

17   BY MR. ABRAMS:

18         Q.    So you see it says "Jun Zhang owns 100

19   percent of XLD Group N.A. Real Estate Development,

20   Inc."?

21         A.    Uh-huh (affirmative).

22         Q.    Yes?

23         A.    Yes, yes.

24         Q.    That's not true, is it?

25         A.    Well, what do you mean that's not true?

**JIAQI ZHANG**

1      Q.   Well, didn't you testify earlier that XLD
2  Group N.A. Real Estate Development, Inc. is owned by
3  XLD Top?  An entity called XLD Top?
4      A.   Yeah.
5      Q.   Okay.  So that's not true, is it?
6      A.   It is true.
7      Q.   Okay.  At the time was -- was Jun Zhang the
8  owner of a 100 percent of XLD Group N.A. Real Estate
9  Development, Inc.?
10      A.   It's asking for personal information.
11      Q.   Okay.  Well, let's see.  Well, you see in the
12  -- in the blue is apparently the e-mail you were
13  responding to, do you see that?
14      A.   Yeah.
15      Q.   Okay.  And did you read that blue?
16      A.   Yes.
17      Q.   Okay.  And at the time you read that, what
18  was in the blue?
19      A.   I don't remember.
20      Q.   Well, you see it says, "If the ownership
21  structure involves multiple layers of corporations,
22  partnerships and/or trust, please provide a detailed
23  lineage of the ownership until it arrives at the
24  beneficial owners."  Do you see do you see that?
25      A.   Uh-huh (affirmative).

**JIAQI ZHANG**

1      Q.    Does that mean yes or no?

2      A.    I don't remember.  Like I finished the whole

3   thing 'cause I -- she's asking for, like, personal

4   contact information, see a home address and phone

5   numbers and DOB, date of birth, so I just e-mail her.

6   I replied to them in my e-mail.

7      Q.    You see it says if the owner -- the question

8   I asked you is this:  Do you see that it says, "If

9   the ownership structure involves multiple layers of

10  corporations, partnerships and/or trust, please

11  provide a detailed lineage of the ownership until it

12  arrives at the beneficial owners."  Do you see that?

13     A.    I don't remember, like, I read the whole

14  thing 'cause she asked me questions, I just replied

15  her questions in e-mail.  Sometimes people have like

16  signatures right, like, banks in the south.  And I

17  don't -- I'm not sure if I go through the whole

18  thing, but I answered -- just answered her questions

19  to give, like, confirm the contact information.

20     Q.    All right.  Does that mean yes or no, ma'am?

21     A.    I can't any -- well, I'm just like -- she's

22  asking for like personal information and date of

23  birth, and I -- and I just give her the home address

24  and phone numbers.

25     Q.    All right.  What's the question that I just

**JIAQI ZHANG**

1    asked you, ma'am?

2        A.    What is your question?

3        Q.    All right.  Do you know the question that I

4    just asked of you?

5        A.    You asked me a lot of questions, and I'm

6    just, like, saying I'm just replying my e-mail.

7        Q.    Okay.  Let me try a third time.  I'll ask the

8    question a third time.

9        A.    Maybe reask the question.

10        Q.    Okay.  Do you see in the blue where it says,

11    "If the ownership structure involves multiple layers

12    of corporations, partnerships and/or trust, please

13    provide a detailed lineage of the ownership until it

14    arrives at the beneficial owners."

15            I'm just asking if you see those words on the

16    paper, ma'am?

17        A.    I see it now, yes.

18        Q.    Okay.  Are you testifying that at the time

19    you sent that e-mail you didn't see that?

20        A.    I probably didn't go through the whole thing.

21    I told you, like, she e-mailed me the questions, and

22    I just answered the questions for the personal

23    information.  Like she asked in the e-mail.

24        Q.    Okay.  So -- well, is it fair to say that

25    when you see things like this, you don't necessarily

**JIAQI ZHANG**

1    read them carefully?

2        A.    Probably.  Probably I didn't go through the

3    whole, like, the blue -- I don't remember, like,

4    really well, like from now, yeah.

5        Q.    Okay.  And is it fair to say that with

6    Exhibit 2 and Exhibit 3, the application forms, that

7    you didn't read those very carefully either?

8        A.    No, you can't -- you can't -- that's a

9    different thing.  You can't say that.

10        Q.    Okay.  So your testimony is that those you

11    read very carefully; is that right?

12        A.    Yes.

13        Q.    Okay.

14              By the way is that true that your father

15    resides in Bradbury, California?

16        A.    Yes.

17        Q.    Okay.  Didn't you testify earlier that he

18    spends time in multiple places?

19        A.    He has some different companies, yes.

20        Q.    Well, I'm not asking about his companies, I'm

21    asking about where he resides, where he spends most

22    of his time.  Is it your testimony that he spends

23    most of his time in Bradbury, California?

24        A.    Well, he travels a lot, so -- it's like --

25        Q.    All right.  Well, does he have any sort of

**JIAQI ZHANG**

1    home base?

2        A.    The address I give to you.

3        Q.    Is that where (overtalk).  He spends most of

4    his time in Bradbury, California?

5        A.    I didn't really count, like calculate how

6    many days, you know, but, yeah, he does travel, and,

7    yeah.  He stays, yeah.  Yeah.

8        Q.    Do you have a good relationship with him?

9        A.    Is this related to this?

10            MS. MOON:  Yes.  I mean really?  You don't

11    have to answer that.

12            MR. ABRAMS:  Okay, we'll mark that for a

13    ruling.

14            MS. MOON:  Really?

15            MR. ABRAMS:  You can laugh at me.  Yeah.

16            MS. MOON:  Well, why don't you tell me what

17    the relevance is, okay?

18            MR. ABRAMS:  Ma'am --

19            MS. MOON:  Meet and confer before you make a

20    motion.

21            MR. ABRAMS:  All right, all right, I will, I

22    will.  I'm asking the question.  If you want to tell

23    her not to answer, we'll give it another try.

24    BY MR. ABRAMS:

25        Q.    Do you have a good relationship with your

**JIAQI ZHANG**

1    father, ma'am?

2                MS. MOON:  No, I told you she doesn't have to

3    answer.

4                MR. ABRAMS:  Fine.

5                MS. MOON:  Well, you can tell me why it's

6    relevant.

7                MR. ABRAMS:  We'll talk about it later,

8    there's no need to discuss it now.

9                MS. MOON:  I mean you can answer that if

10   you -- yeah, go ahead.  So we don't have to spend

11   time on --

12               THE WITNESS:  Yeah, it's like father/daughter

13   relationship.

14   BY MR. ABRAMS:

15       Q.   So are you able to tell me what residence he

16   spends the majority of his time at?

17               MS. MOON:  Oh, my God, it's asked and

18   answered, counsel.  Are you trying to harass her?

19   She already answered that question.  Okay, move on.

20               MR. ABRAMS:  Okay, so you're directing her

21   not to answer?

22               THE WITNESS:  Well, he travels a lot, I told

23   you.  When he comes to the United States, that's

24   where he stays.

25   /

**JIAQI ZHANG**

1   BY MR. ABRAMS:

2       Q.   So you're not able to tell me where in the

3   world he spends the majority of his time; is that

4   right?

5       A.   I don't -- I don't calculate how many days he

6   stays.   It's not just China or U.S., so he does

7   travel, like, to other business entities, so how can

8   I calculate how many days he spends like the most?

9   You know, I can't give you average, right?   Like

10  sometimes he spends more time, like, in the United

11  States, sometimes he spends more time, like,

12  somewhere else.   I don't have, like, ranking or --

13      Q.   Okay.   Were you ever the CFO of either of the

14  defendants?

15      A.   Maybe in one of the document, yes.

16      Q.   Okay.   And when were you the CFO of either of

17  the defendants?

18      A.   You mean when?

19      Q.   Yeah.

20      A.   I don't remember exactly the dates, but --

21      Q.   Well, as we talk right now, are you the CFO

22  of either defendant?

23      A.   Yes.

24      Q.   Okay.   Both?

25      A.   For both, yes.

**JIAQI ZHANG**

1      Q.    And how long have you been the CFO?

2      A.    Yeah, I don't remember exactly.

3      Q.    Okay.  And just so we're clear, CFO stands

4  for Chief Financial Officer, right?

5      A.    Yes.

6      Q.    Okay.

7            MR. ABRAMS:  I need a break.  I'm very close

8  the being done.  I need a break of about fifteen

9  minutes, okay?  So can we come back, we'll let's say

10  at 12:07, is that okay?

11            MS. MOON:  12:07 Pacific time.

12            MR. ABRAMS:  Yes, that's fifteen minutes from

13  now.

14            MS. MOON:  That's fine.

15            MR. ABRAMS:  Okay.

16            (Whereupon a short break was taken.)

17  BY MR. ABRAMS:

18      Q.    So, ma'am, is there any of your prior

19  testimony that you want to change or correct?

20      A.    No.

21      Q.    Okay.  And we're very close to being done.

22  I'm going to show you what is Exhibit 6.

23            (Whereupon Plaintiff's Exhibit Z6,

24            Certificate of Completion, was marked for

25            identification.)

**JIAQI ZHANG**

1    BY MR. ABRAMS:

2        Q.    Can you see that?

3        A.    Yes.

4        Q.    Okay.  And do you see that there's a -- like

5    a signature in, like, it would appear to be Chinese

6    characters on this document?

7        A.    Yes.

8        Q.    And whose signature is that?

9        A.    Yeah, that's my signature.

10       Q.    Okay.  And do you under that this is a

11   document that's from Umpqua Bank?

12       A.    Yes.

13       Q.    Okay.  So do you understand that this means,

14   at least according to Umpqua Bank, you signed the PPP

15   documents in 2021?

16             MS. MOON:  It's a loan approval, it doesn't

17   say it's application.

18             THE WITNESS:  It's a loan document.

19   BY MR. ABRAMS:

20       Q.    All right, ma'am.

21       A.    Yes.

22       Q.    I'm just asking you so this -- well, let me

23   ask you this:  Does this document refresh your

24   recollection as to whether you signed anything in

25   connection with the PPP loans we've been discussing?

**JIAQI ZHANG**

1      A.   Yeah, like I signed something from the photo,

2   but, yeah, I don't -- I don't remember, like, if it's

3   this one.

4      Q.   Okay.  So you don't remember -- you know you

5   signed something, but you don't remember what it was,

6   is that what you're testifying to?

7      A.   Yeah, I don't remember exactly like what

8   documents, you know, the signature page or -- but I

9   do.  I did sign something.

10      Q.   All right.  And let me just make sure I

11   understand what you're saying, okay?  Just kind of

12   sum up your position.

13           If I understand you correctly, you're saying

14   that at the time you applied for these two second

15   draw PPP loans, you were aware that the two companies

16   that received the loans were ultimately owned by of a

17   PRC company --

18      A.   Uh-huh (affirmative).

19      Q.   -- however, the certification you initialed

20   that we discussed, you were confident that it applied

21   to subsidiaries of the applicant and not to parent

22   companies.  Does that adequately summarize your

23   position?

24      A.   Yeah, correct.

25      Q.   Okay.

**JIAQI ZHANG**

1      A.   You know, the fact -- the fact is that our

2   companies are owned by Chinese entity is a public

3   information.  You know, our company doesn't own any

4   Chinese companies.  I heard of it, it was like in the

5   news media, it's all over the internet.  You can find

6   it everywhere.

7            And our companies are California entities,

8   you know, with California employees.  And what do we

9   do is, like, for their benefits and for the hotel,

10   like, which operates here.  You know --

11      Q.   And --

12      A.   So any at the time of the acquisition,

13   there's a lot of places local government and local

14   officers and the mayor, the L.A. County and the

15   Chinese Council all came to our celebrations for the

16   hotel acquisitions.  You can find us, like, in the

17   news also.  It's not a -- it's like all public

18   information, so I'm not trying to hide anything.

19      Q.   I see.  And you're just as confident, as you

20   sit here today, of your interpretation of Exhibit 2

21   and Exhibit 3; is that right?

22      A.   It's my understanding, yeah.

23            MS. MOON:  Don't say Exhibit 2 or Exhibit 3,

24   just tell me -- you already asked this question many,

25   many times, but please, just specify what you're

**JIAQI ZHANG**

| | |
|---|---|
| 1 | trying to say.  Don't say Exhibit 2 or Exhibit 3. |
| 2 | MR. ABRAMS:  All right, ma'am, if she doesn't |
| 3 | understand, what I'm talking about, she can tell me, |
| 4 | okay.  You know when you -- at trial if you try to |
| 5 | coach her like this, it's not going to go so well. |
| 6 | MS. MOON:  Why do you say every time I say |
| 7 | it's coaching?  You are not doing your job properly. |
| 8 | You're not phrasing your questions.  You're asking |
| 9 | her the same questions over and over hoping for some |
| 10 | different answers, okay. |
| 11 | MR. ABRAMS:  Okay. |
| 12 | BY MR. ABRAMS: |
| 13 | Q.   So, ma'am, do you understand that Exhibit 2 |
| 14 | and Exhibit 3 are the two application forms for the |
| 15 | second draw PPP loans we've been discussing? |
| 16 | A.   Yes. |
| 17 | Q.   Okay.  And my question is -- my question is, |
| 18 | and you're just as confident today as you were when |
| 19 | you initialed those forms of your interpretation; is |
| 20 | that right? |
| 21 | MS. MOON:  Objection, it's not calculated to |
| 22 | lead to admissible evidence.  What she feels about it |
| 23 | today, it doesn't matter, okay? |
| 24 | MR. ABRAMS:  Are you directing her not to |
| 25 | answer? |

**JIAQI ZHANG**

1           MS. MOON:  You don't need to answer that.

2           MR. ABRAMS:  You're directing her --

3    (overtalk).

4           MS. MOON:  She already answered it anyway,

5    but --

6           MR. ABRAMS:  We'll mark that for a ruling.

7           MS. MOON:  It's not relevant.

8           MR. ABRAMS:  We'll put down and mark that for

9    ruling.

10           MS. MOON:  Fine, fine.

11           MR. ABRAMS:  All right.  I don't have anymore

12    questions at this time.  Cross examination?

13           MS. MOON:  No.

14           MR. ABRAMS:  Before -- wait, wait.  Before I

15    should say that -- I should say I'm not closing this

16    because there's been a few instructions of the

17    deponent not to answer, so we may have to reopen

18    this, but I don't have anymore questions today.

19           MS. MOON:  That's fine.

20           MR. ABRAMS:  No cross examination.

21           MS. MOON:  No.

22           MR. ABRAMS:  Okay.  Disconnecting.

23           MS. MOON:  Thank you.

24           (Where the deposition was stopped at 12:15

25           p.m.)

JIAQI ZHANG

1              PENALTY OF PERJURY

2

3          I do declare under penalty of perjury under

4      the laws of the State of California that the

5      foregoing is my deposition under oath; are the

6      questions asked of me and my answers thereof; that I

7      have read same and have made the necessary

8      corrections, additions or changes to my answers that

9      I deem necessary.

10         In witness whereof I subscribe my name on

11     this day of _____13th,December_____, 2023.

12

13

14

15

16     _____

17              JIAQI ZHANG

18

19

20

21

22

23

24

25

CORRECTIONS: JIAQUI (BECKY) ZHANG DEPOSITION TRANSCRIPT 12/1/23

1. Page 9, line 13:      Please change "2000—2010" to "2010."
2. Page 11, line 18:     please delete "yeah" after "so I - - ."
3. Page 13, line 9:      Please delete "states" after "Real Estate."
4. Page 19, line 18:     Please delete "In Canada."
5. Page 30, line 1:      please change "withdrew" to "went through."
6. Page 33, line 10:     Please change "stations" to "statements."
7. Page 35, line 15:     Please change "host" to "hold."
8. Page 35, line 22:     Please change "or" to "of."
9. Page 42, line 4:      Please change "I did" to "that was"
10. Page 60, line 7:     Please change "extent" to "exam."
11. Page 72, line 13:    Please change "I don't remember, like, I read the whole thing"
                         To "I don't remember that, like, I read the whole thing."
12. Page 80, line 1:     Please change "photo" to "computer."
13. Page 81, line 1:     Please change "the fact is that" to "the fact that."
14. Page 81, line 12:    Please change "So any at the time of the acquisition" to "So at the time of the acquisition."

CERTIFICATE OF REPORTER

1

2

3

4          I, YVONNE M. HARGROVE, a Certified Shorthand

5    Reporter of the State of California, do hereby

6    certify:

7          That I was present at the taking of the

8    deposition of JIAQI ZHANG, administered the oath to

9    her, and thereafter correctly took down in machine

10   shorthand all of the testimony given and proceedings

11   had;

12         That I thereafter caused my said shorthand

13   notes to be reduced to typewriting, and that the

14   foregoing transcript constitutes a full, true and

15   correct record of such testimony given and

16   proceedings had.

17         I further certify that I am not of counsel or

18   attorney for any of the parties, nor am I in any way

19   interested in the outcome of said cause.

20         IN WITNESS WHEREOF, I have hereunto

21   subscribed my signature on this 6th day of December,

22   2023.

23

24         _Yvonne M. Hargrove_____

           YVONNE M. HARGROVE, CSR No. 3354

25         Certified Shorthand Reporter

85

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 89 of 97    Page
ID #:965

U.S. ex rel. GNGH2, Inc. vs.
XLD CENTURY LLC and XLD GROUP LLC

JIAQI ZHANG
December 1, 2023

## $

**$2 (2)**
34:10,13

## A

**ability (3)**
8:2,9;66:6
**able (8)**
9:7;39:8,12;50:5;
54:11;63:22;76:15;
77:2
**ABRAMS (96)**
5:6,13;6:11;10:8,
13,21;11:3,4;24:19;
26:1;28:11;29:4,18,
20;30:22;31:7,13,22;
32:10,15;36:1,22;
37:4,5;43:19;44:11,
14,19,22;45:16,19,25;
46:1,10,13;48:6,10,
16,17;50:4;52:19,22;
53:2,5;56:17;61:12,
19;62:1;63:5,10,17,
21;64:6,11,15,25;
65:3,11;66:14,25;
67:4,20;68:11,19;
69:1,20;70:11,15,17;
75:12,15,18,21,24;
76:4,7,14,20;77:1;
78:7,12,15,17;79:1,
19;82:2,11,12,24;
83:2,6,8,11,14,20,22
**access (1)**
54:7
**according (1)**
79:14
**accountant (4)**
43:5,5;53:23,25
**accurate (1)**
70:8
**accurately (1)**
39:9
**acquisition (1)**
81:12
**acquisitions (1)**
81:16
**Actually (6)**
33:5;43:25;44:3;
49:21;54:3;64:20
**add (1)**
57:4
**additions (1)**
84:8
**address (6)**
6:1;32:20,21;72:4,
23;75:2
**adequately (1)**
80:22
**Administration (1)**
60:23

**admissible (3)**
28:22;66:1;82:22
**admonish (1)**
47:24
**advertisement (1)**
12:9
**affect (1)**
8:8
**affiliated (2)**
13:5,18
**affirmative (14)**
12:14;36:5;37:14;
50:13;51:13,24;53:8;
58:22;60:10;69:23;
70:4,21;71:25;80:18
**again (14)**
5:14;15:15;18:13;
20:2;23:10;28:4;
38:12,22;41:17;
47:17;50:24;59:4;
62:4,16
**against (1)**
6:14
**ago (1)**
46:23
**agreed (1)**
37:6
**agreeing (1)**
59:13
**agreement (9)**
27:1;63:8;64:13,17;
65:6,8,14;66:9;67:2
**agreements (3)**
27:13,16,23
**ahead (1)**
76:10
**alcohol (1)**
8:8
**allowed (5)**
36:22,24;47:25;
68:11,12
**along (1)**
65:21
**Alton (1)**
11:12
**amendment (1)**
65:7
**America (1)**
16:1
**and/or (4)**
55:4;71:22;72:10;
73:12
**answered (8)**
10:4;12:20;72:18,
18;73:22;76:18,19;
83:4
**answer's (1)**
40:16
**anymore (2)**
83:11,18
**apologize (4)**
5:20;9:23;15:3;
18:12;23:12;24:9

**apparently (1)**
71:12
**appear (1)**
79:5
**appeared (1)**
33:17
**applicant (14)**
33:18;35:10;36:3,
17;37:18;38:15,16,20,
24;41:21;51:18;
52:25;60:20;80:21
**application (21)**
30:20;31:2;32:4;
39:25;40:6;43:18;
45:14;51:1;52:17,20;
53:3;54:8,13,16;
56:16;60:22;61:17;
67:9;74:6;79:17;
82:14
**applications (1)**
53:20
**applied (12)**
28:6;29:24;30:7,11;
47:14,18,19;48:18;
52:7,7;80:14,20
**apply (4)**
28:2;29:22;30:4;
54:23
**applying (1)**
69:8
**appreciate (3)**
36:24;37:2;66:19
**appropriate (2)**
29:15;67:3
**approval (1)**
79:16
**argue (1)**
37:4
**around (1)**
10:18
**arrives (3)**
71:23;72:12;73:14
**Asia (1)**
12:1
**assuming (3)**
10:9;39:4,6
**Aston (1)**
9:11
**attorney (3)**
6:12;45:16;47:23
**attorney's (2)**
31:24;47:25
**authorized (2)**
33:18;50:10
**available (1)**
27:23
**average (2)**
60:7;77:9
**aware (7)**
20:24;21:1,20;22:6;
42:10,11;80:15

## B

**Bachelor (1)**
9:20
**Bachelor's (1)**
9:15
**back (6)**
9:9;11:3;24:11;
52:15;58:25;78:9
**background (1)**
9:8
**bank (13)**
12:18,18;49:12,19,
20;56:16,18;59:7;
69:9,10;70:3;79:11,
14
**banks (1)**
72:16
**base (1)**
75:1
**based (1)**
65:24
**basic (1)**
39:23
**basically (4)**
15:16;27:1,9;65:15
**basics (1)**
39:22
**basis (2)**
24:25;27:10
**Becky (5)**
6:5,8,9,9,10
**behalf (6)**
8:12;29:25;30:8,11;
45:9;47:15
**below (1)**
33:19
**beneficial (3)**
71:24;72:12;73:14
**benefits (1)**
81:9
**Besides (2)**
12:21;19:20
**best (1)**
8:1
**better (2)**
18:11;48:12
**beyond (1)**
29:9
**big (6)**
10:17;22:16,24;
24:21;29:6,12
**birth (2)**
72:5,23
**bit (3)**
9:6;17:9;55:10
**blue (5)**
71:12,15,18;73:10;
74:3
**board (2)**
35:20,22
**Borrower (2)**

**31:2;32:3**
**boss (2)**
22:16,21
**both (10)**
7:13;8:12;17:12,14;
27:11;28:1;48:5;55:7;
77:24,25
**bottom (2)**
31:5;50:9
**Boulevard (2)**
6:2;54:20
**Bradbury (3)**
74:15,23;75:4
**break (14)**
9:25;10:1,3,12,15;
44:10,12,15,21,24;
63:6;78:7,8,16
**brother (2)**
9:4;23:23
**BS (1)**
9:21
**budgets (1)**
27:8
**bullet (2)**
60:9,13
**business (14)**
6:1;9:17,18;23:20,
24;35:18,23;36:4,13;
37:12,17,23;60:23;
77:7
**button (1)**
58:16

## C

**calculate (3)**
75:5;77:5,8
**calculated (3)**
28:21;66:1;82:21
**California (9)**
6:3,14;26:12;74:15,
23;75:4;81:7,8;84:4
**call (4)**
15:13,15;25:18;
66:21
**called (2)**
14:16;71:3
**calls (2)**
27:7;28:22
**came (6)**
57:1;59:9,16,17;
62:17;81:15
**camera (1)**
48:4
**can (49)**
5:7,14,25;10:1,22;
15:4;17:8;18:1;20:2;
23:10,20;24:23;
25:22;26:2,23;28:4;
29:3;30:23;31:8,12,
18;38:12,22;41:17;
43:22;44:10;45:19;
46:6;47:17;48:2,4,

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 90 of 97    Page
ID #:966

U.S. ex rel. GNGH2, Inc. vs.                                              JIAQI ZHANG
XLD CENTURY LLC and XLD GROUP LLC                                    December 1, 2023

50:2,24;63:3,20;
65:24,24;66:6,11,23;
75:15;76:5,9;77:7;
78:9;79:2;81:5,16;
82:3

**Canada (1)**
19:18

**carefully (3)**
74:1,7,11

**case (3)**
6:13;27:17;63:12

**Cause (9)**
5:20;20:9,14;26:6;
46:8;49:7;63:22;72:3,
14

**celebrations (1)**
81:15

**Central (1)**
6:13

**Century (37)**
6:14;8:15,21;9:6;
12:12,22,25;13:6;
16:8,13,15,18,25;
17:13,16,17;21:3;
25:9;30:4,4,11;35:13;
44:5,8;45:12;46:17;
47:15,20;48:19;61:7,
13,17;62:8;65:19;
66:10;67:11,21

**certain (1)**
26:11

**Certificate (1)**
78:24

**certification (3)**
38:4;51:9;80:19

**certified (1)**
39:1

**certify (2)**
33:19;39:9

**certifying (1)**
36:17

**CFO (5)**
77:13,16,21;78:1,3

**chance (3)**
44:24;68:20,21

**change (3)**
45:1;62:23;78:19

**changes (1)**
84:8

**changing (2)**
20:10;22:12

**characters (1)**
79:6

**checked (1)**
34:4

**cheese (1)**
22:24

**Chen (2)**
43:9;53:25

**C-h-e-n (1)**
43:9

**Chief (1)**
78:4

**China (38)**
12:2,3,4,18;14:8,9,
13,19,20,22,25;15:1,
5,7,24;17:10;22:9;
24:6,14;35:1,12,14,
19,24;36:8,11;39:3;
41:14,19,23,23;42:5,
9;43:21;51:12,20;
52:13;77:6

**Chinese (7)**
11:23;24:4;42:3;
79:5;81:2,4,15

**citizen (1)**
24:14

**clarity (1)**
14:24

**class (1)**
60:1

**classes (3)**
59:24;60:2,4

**clause (1)**
37:12

**clear (6)**
15:6;22:2;25:9;
68:22;69:3;78:3

**cleared (1)**
68:22

**clearly (2)**
28:13;66:24

**click (1)**
58:16

**client (1)**
68:13

**close (3)**
66:20;78:7,21

**closely (1)**
27:5

**closing (1)**
83:15

**coach (1)**
82:5

**coaching (1)**
82:7

**College (2)**
11:7,12

**comments (1)**
66:15

**communicate (3)**
25:3;27:5;69:9

**communicated (1)**
69:12

**companies (9)**
25:1;28:9;74:19,20;
80:15,22;81:2,4,7

**company (36)**
12:9;13:4;14:7,9,
13,18;15:24;17:14,18,
22;18:3,3,4,4,5,6,8;
22:11,12,20;23:4,9;
24:5;27:20;34:16;
36:18;37:9;38:5;39:2;
41:25;42:3,5,8;64:19;
80:17;81:3

**complete (4)**
32:24;54:8;55:1,4

**completed (13)**
32:22;33:2;41:2,8;
42:19;45:5;46:15;
48:24;54:3,4,16;
56:19;60:18

**completely (1)**
58:19

**completing (3)**
33:12;42:14;53:20

**Completion (1)**
78:24

**comprehension (2)**
39:21,24

**computer (8)**
8:5;30:14;53:21;
54:7,17,19,22;66:13

**computers (1)**
54:24

**conceal (3)**
52:10;67:10,18

**concealing (1)**
69:4

**concern (6)**
35:23;36:4,14;
37:12,18,23

**conclusion (1)**
28:23

**confer (2)**
44:24;75:19

**confident (6)**
38:13;41:10;51:18;
80:20;81:19;82:18

**confirm (2)**
45:4;72:19

**confirmation (1)**
47:8

**confirmed (1)**
34:5

**confused (1)**
17:3

**connected (1)**
41:22

**connection (5)**
13:8;42:2,8,12;
79:25

**consult (3)**
42:14,23;54:2

**Contact (6)**
32:6,12,13,14;72:4,
19

**contents (1)**
70:7

**copies (1)**
49:7

**copy (1)**
47:1

**corner (1)**
32:11

**corporations (3)**
71:21;72:10;73:12

**corrections (1)**

84:8

**correctly (1)**
80:13

**Council (1)**
81:15

**Counsel (7)**
10:6;31:3;44:25;
48:12;63:15;66:22;
76:18

**count (1)**
75:5

**County (1)**
81:14

**couple (2)**
30:16;37:21

**course (3)**
67:13,14,15;68:10

**court (2)**
7:1,3

**court's (2)**
29:17,19

**crazy (1)**
26:18

**created (2)**
35:11;36:6

**cross (3)**
68:20;83:12,20

**current (1)**
8:18

**Currently (4)**
12:12,16,22;19:25

**cut (1)**
17:8

---

**D**

**daily (4)**
25:3,5;27:2,10

**date (2)**
72:5,22

**dates (1)**
77:20

**David (1)**
6:11

**day (4)**
15:4;24:24,24;
84:11

**days (3)**
75:6;77:5,8

**deal (1)**
24:21

**December (1)**
20:4

**decision (3)**
29:16,17,19

**declare (1)**
84:3

**deem (1)**
84:9

**defendant (3)**
29:21;30:3;77:22

**defendants (8)**
8:13;26:11;27:12;

28:2,5;52:11;77:14,
17

**Defendant's (1)**
26:8

**define (1)**
40:2

**definitely (1)**
22:20

**degree (5)**
9:10,12,14,15,19

**deny (2)**
49:3;69:3

**Department (1)**
60:24

**depends (2)**
50:7,7

**depo (1)**
66:12

**deponent (1)**
83:17

**deposed (1)**
6:17

**deposition (3)**
8:12;10:16;83:24;
84:5

**detailed (3)**
71:22;72:11;73:13

**Development (10)**
13:2,4;14:10;18:16,
20;56:2;57:21;70:19;
71:2,9

**different (13)**
15:13;16:15,23;
20:11,13,15,16;28:14;
59:21;67:6;74:9,19;
82:10

**differently (1)**
39:6

**difficult (1)**
23:12

**difficulty (1)**
68:5

**directing (3)**
76:20;82:24;83:2

**direction (1)**
48:2

**directly (5)**
13:12;17:21;18:8;
35:15;36:12

**directors (1)**
35:22

**disaster (7)**
28:3,6;29:22;30:5,
8;34:10,13

**Disconnecting (1)**
83:22

**discuss (5)**
25:4;27:8;43:13,20;
76:8

**discussed (3)**
43:12,17;80:20

**discussing (2)**
79:25;82:15

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 91 of 97    Page
ID #:967

U.S. ex rel. GNGH2, Inc. vs.                                                    JIAQI ZHANG
XLD CENTURY LLC and XLD GROUP LLC                                          December 1, 2023

**discussion (2)**
11:1;39:5

**display (1)**
69:16

**dispute (4)**
10:17;49:14,17,22

**District (1)**
6:13

**DOB (1)**
72:5

**document (18)**
25:16;26:2;30:25;
31:10,20;45:5;46:3,5,
11;62:24;69:22,24;
70:15;77:15;79:6,11,
18,23

**documents (10)**
20:9;30:17;31:24;
43:7;49:13,21;63:24;
65:20;79:15;80:8

**done (5)**
29:9;33:14;63:22;
78:8,21

**doubt (2)**
41:5;52:2

**down (6)**
7:4;32:11;37:21;
68:13,24;83:8

**download (1)**
63:20

**Draw (6)**
31:2;32:3;45:6;
46:16;80:15;82:15

**drugs (1)**
8:8

**duly (1)**
5:2

**during (1)**
63:6

**duties (1)**
24:24

**E**

**earlier (3)**
54:1;71:1;74:17

**East (1)**
12:1

**Eastern (1)**
44:16

**economic (4)**
36:13;37:8,22;38:6

**education (1)**
12:10

**educational (1)**
9:7

**effect (1)**
60:21

**either (7)**
52:11,11;59:5;74:7;
77:13,16,22

**electronic (2)**
47:7;49:4

**electronically (5)**
46:20,22;49:13,21;
53:15

**Eleven (1)**
44:18

**eligible (2)**
60:21;61:7

**else (5)**
12:22;43:10;56:4;
64:18;77:12

**e-mail (17)**
31:8;32:19,21;
45:11,17;62:25;
69:12,18,25;70:7;
71:12;72:5,6,15;73:6,
19,23

**e-mailed (3)**
63:25;64:11;73:21

**employees (1)**
81:8

**end (2)**
64:5;68:21

**English (17)**
11:13,16,17,20;
25:20;39:18,21;40:5,
10,17,21,21,23;59:24,
25;60:2,4

**enough (6)**
10:18;39:24;40:5,
10,17,23

**entire (4)**
20:21;21:22;39:25;
46:11

**entities (16)**
8:19;12:16;13:17,
18,23,24;14:8;15:13;
19:12;22:4,8;38:15;
52:12;69:5;77:7;81:7

**entity (25)**
13:15;17:10,11;
18:14,19,24;19:3;
20:22;21:4;24:4;30:9;
35:11;36:4,6,10,14,
17;37:13,18,23;
52:12;67:11,22;71:3;
81:2

**equity (1)**
52:24

**essentially (1)**
33:10

**Estate (18)**
13:1,3,9,12;14:10;
16:1,5,7,9;18:16,20;
19:14;24:5;56:2;
57:21;70:19;71:2,8

**estimate (1)**
10:7

**even (4)**
7:15;20:25;62:5;
63:9

**eventually (1)**
34:20

**everywhere (2)**

29:7;81:6

**evidence (3)**
28:22;66:2;82:22

**exact (1)**
21:1

**exactly (3)**
77:20;78:2;80:7

**EXAMINATION (3)**
5:5;83:12,20

**examine (1)**
68:21

**examined (1)**
5:3

**example (1)**
18:2

**Excuse (1)**
48:9

**Exhibit (27)**
25:23;30:19;45:5,
13,21;50:23;51:1;
52:16;53:2;61:9,12,
16;64:12;69:17,18;
74:6,6;78:22,23;
81:20,21,23,23;82:1,
1,13,14

**explain (3)**
6:19;17:25;26:23

**extent (2)**
28:23;60:7

**F**

**fact (8)**
33:22;52:3,11;
63:24;67:10,18;81:1,
1

**facts (1)**
62:11

**fair (5)**
17:10;24:16;27:11;
73:24;74:5

**faith (1)**
33:19

**family (2)**
23:20;24:1

**father (4)**
23:19;59:1;74:14;
76:1

**father/daughter (1)**
76:12

**feel (2)**
40:18;68:4

**feels (1)**
82:22

**few (2)**
64:1;83:16

**Fifteen (3)**
11:21;78:8,12

**fight (1)**
29:6

**filed (1)**
6:13

**fill (2)**

53:13;56:5

**filled (4)**
44:3,4;55:5;57:25

**filling (1)**
30:13

**financial (2)**
43:6;78:4

**find (4)**
47:1;49:8;81:5,16

**fine (14)**
5:23;8:18;10:13,21;
12:6;19:23;21:15;
44:11,15;76:4;78:14;
83:10,10,19

**finish (3)**
7:17;36:9;43:23

**finished (2)**
55:1;72:2

**first (17)**
5:2,9,16;6:16;7:8;
9:6;11:22;30:17;
32:10;37:12;43:25;
56:22;60:13;61:20,
22;64:5;65:13

**five (3)**
20:19;21:17;58:4

**follows (1)**
5:3

**Foothill (2)**
6:2;54:20

**foregoing (1)**
84:5

**forgiven (1)**
34:20

**forgot (1)**
9:23

**Form (57)**
31:2;32:4,22,24;
33:12;34:7,9;40:6,11,
17,24;41:2,8,11;
42:14,16,18,20;43:13,
23;45:12;46:14,19,
22;50:9,17,20,22;
51:1,5;52:17,20;53:3,
13,14,14;54:3,4,8,13,
16;56:5,5,6,19,21,21;
57:11;58:1,5,8,10;
59:5;60:15,18;61:12;
62:20

**forms (7)**
30:13;44:4;48:24;
49:4;74:6;82:14,19

**forth (1)**
24:11

**forward (1)**
10:12

**four (7)**
30:25;31:3,6;34:22;
46:5;51:15;58:5

**fourth (1)**
33:5

**full (2)**
5:8;19:1

**G**

**gave (3)**
54:1;56:12,14

**gears (1)**
62:23

**given (2)**
44:25;59:14

**giving (1)**
31:20

**Gloucester (1)**
11:8

**God (1)**
76:17

**goes (2)**
10:9;24:11

**good (9)**
33:19;39:20,24;
40:5,10,17,23;75:8,25

**government (1)**
81:13

**grades (1)**
60:6

**graduate (1)**
11:6

**graduated (2)**
9:9;11:7

**grammar (1)**
59:21

**Grand (1)**
58:3

**Group (67)**
6:14;8:16,20;9:5;
12:12,21,25;13:5,10;
15:11;16:7,9,9;17:12,
15;18:13,14,16,20,24;
19:1,14,15,18,19;
38:2,6,25;39:7,8;
41:21;42:3,8;44:4;
45:9,14;47:15,20;
48:19;51:2;52:20;
53:3,19;54:20;56:2,
23;57:21;58:3;59:2;
61:6;63:14;65:19;
66:9;67:10,21;70:19;
71:2,8

**guess (13)**
13:19,20;14:24;
18:11;25:17,18;
26:14,19;27:23;
45:11;61:10;62:24,25

**H**

**happen (1)**
10:19

**happened (2)**
8:6;57:14

**Harass (2)**
48:11;76:18

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 92 of 97    Page ID #:968

U.S. ex rel. GNGH2, Inc. vs.
XLD CENTURY LLC and XLD GROUP LLC

JIAQI ZHANG
December 1, 2023

**hard (1)**
67:1
**head (5)**
7:10;22:9,16,24;
48:14
**heard (3)**
22:23,25;81:4
**help (5)**
48:1,8,8;68:3,3
**helped (2)**
55:1,3
**hide (1)**
81:18
**high (4)**
11:6,7;27:6;60:4
**hold (14)**
8:4;14:5;17:3;
25:15,22;27:18;
28:15;44:1,7;46:2;
52:20;63:1;67:7;
69:15
**holds (1)**
36:12
**home (3)**
72:4,23;75:1
**honcho (1)**
22:24
**honestly (2)**
38:20,25
**Hong (3)**
35:12,14;36:8
**hoping (1)**
82:9
**host (1)**
35:15
**hotel (10)**
26:15;27:13;64:18;
65:5,15,16,17,21;
81:9,16
**hotels (6)**
25:2,2,6;26:11,20,
24
**hours (1)**
10:9
**Huh (1)**
41:15
**hundred (1)**
65:9

**I**

**idea (2)**
57:1,2
**identical (1)**
65:20
**identification (7)**
25:24;30:21;45:15;
61:18;64:14;69:19;
78:25
**identifying (1)**
19:20
**important (2)**
27:17;36:23

**inappropriate (1)**
66:16
**Inc (9)**
16:16;18:20;21:5,9;
56:2;57:21;70:20;
71:2,9
**included (1)**
60:14
**incorrect (1)**
5:22
**indirectly (4)**
35:15;36:12;37:7,
10
**individual (1)**
24:8
**influence (1)**
8:7
**information (24)**
53:17;55:5,15;56:7,
10,12,14;57:1,3,10,
15;58:7;59:4,8,14,15;
62:17;71:10;72:4,19,
22;73:23;81:3,18
**in-house (2)**
43:5;53:25
**initial (1)**
33:10;34:22
**initialed (5)**
33:22;35:4;38:20;
80:19;82:19
**initialing (1)**
33:20;50:21
**initials (3)**
33:16;34:2,5
**instead (1)**
47:19
**institution (1)**
12:10
**instruct (1)**
28:25
**instruction (1)**
11:13
**instructions (1)**
83:16
**intention (3)**
67:10,17;69:4
**interest (6)**
35:16;36:13,18;
37:8,23;38:6
**intern (1)**
12:8
**internet (1)**
81:5
**internship (2)**
12:9,17
**interpret (1)**
39:5
**interpretation (5)**
38:11;41:6,11;
81:20;82:19
**interpreter (2)**
68:3,16
**interrogatories (1)**

67:3
**interrupt (1)**
7:18
**into (3)**
44:1;58:8;64:16
**invest (1)**
25:1;27:3
**Investment (5)**
16:16,19,25;21:5,9
**involved (4)**
23:24;24:2;53:20;
54:24
**involvement (1)**
26:20
**involves (3)**
71:21;72:9;73:11
**irrelevant (1)**
66:5
**issued (1)**
60:23

**J**

**Jack (9)**
43:9;53:25;54:13;
55:1,18;56:3,11,12;
57:6
**J-a-c-k (1)**
43:9
**Japanese (1)**
12:10
**JIAQI (5)**
5:1,9,16;32:7;84:17
**J-i-a-q-i (2)**
5:10,17
**job (8)**
6:21;12:10;13:1;
24:24;25:3;48:12;
68:20;82:7
**Joey (1)**
8:25
**join (1)**
20:10
**joined (1)**
16:24
**Joint (1)**
25:23
**jumbo (1)**
26:6
**Jun (8)**
23:8,11;24:9,9;
58:21,25;70:18;71:7
**JZ (1)**
33:6

**K**

**keep (2)**
7:7;25:21
**keeps (1)**
29:11
**kilobites (1)**
63:24

**kind (10)**
7:15;10:17;17:8;
22:25;28:8;29:14;
42:2;47:7;49:3;80:11
**knew (4)**
41:21;42:1,7;57:25
**knowledge (1)**
24:3
**Kong (3)**
35:12,14;36:8

**L**

**LA (2)**
25:3;81:14
**language (11)**
11:13,16,17,18,22;
38:11,14,23;39:5;
41:3,18
**last (12)**
5:10,17,18;20:1,19;
21:13,17;22:3;23:14;
25:20;43:9;66:12
**later (2)**
44:20;76:7
**laugh (1)**
75:15
**law (1)**
35:11
**laws (3)**
36:7,7;84:4
**lawsuit (3)**
28:17,20;29:2
**LAX (1)**
25:10
**layer (1)**
16:24
**layers (3)**
71:21;72:9;73:11
**lead (3)**
28:22;66:1;82:22
**leading (1)**
65:25
**learning (1)**
11:19
**least (1)**
79:14
**legal (4)**
6:24;26:6;28:23,24
**lender (1)**
52:10
**length (1)**
48:14
**lengthy (3)**
10:16;62:25;65:8
**less (3)**
35:15;36:12;37:22
**lessons (1)**
59:25
**level (2)**
25:4;27:6
**limited (1)**
29:8

**line (1)**
56:1
**lineage (2)**
71:23;72:11;73:13
**lines (5)**
32:11;33:6;37:21;
58:5;65:21
**List (3)**
52:23;53:6;61:24
**little (5)**
15:3;17:9;31:4,5;
33:7
**live (1)**
24:9
**lives (3)**
24:10,11,12
**LLC (49)**
6:14,14;8:16,20,21;
16:3,4,7,8,10;17:12,
13;18:13,15,21;
19:15;21:9;25:12;
29:21,25;30:4,4,20;
37:8,19;38:2,6,25;
39:7,8;41:21;42:3,8;
44:5,5;45:9,14;46:17;
47:15,16,20,20;48:19,
19;51:2;53:3;54:20;
61:17;62:8
**loan (4)**
60:21;69:25;79:16,
18
**loans (5)**
69:9;79:25;80:15,
16;82:15
**local (3)**
12:18;81:13,13
**located (2)**
14:19;54:19
**long (6)**
10:18;12:24;21:24;
44:12;63:20;78:1
**look (14)**
20:8,14;29:4;31:8,
14;33:4;36:2,22;48:2,
3;56:6;61:5;63:10;
64:21
**looking (6)**
16:20,21;26:3;47:1,
23;49:7
**looks (5)**
5:21;48:7
**lot (8)**
15:12;24:10;63:17;
64:23;73:5;74:24;
76:22;81:13
**lunch (1)**
10:12

**M**

**Ma'am (44)**
5:7;14:8;7:11:5;
12:11;28:12,16;

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 93 of 97    Page
ID #:969

U.S. ex rel. GNGH2, Inc. vs.                                                    JIAQI ZHANG
XLD CENTURY LLC and XLD GROUP LLC                                          December 1, 2023

29:21;31:23;32:23;
36:9;37:6;39:13,17;
40:20;42:21;44:23;
46:3;48:18;50:5,10,
14;54:11,15;62:2;
63:10;66:14;67:7,8;
68:4,11,19,23;69:2;
70:12;72:20;73:1,16;
75:18;76:1;78:18;
79:20;82:2,13

**magistrate (1)**
66:21
**main (1)**
22:7
**majority (9)**
17:12;18:9,14,19;
20:17;22:21;23:8;
76:16;77:3
**making (2)**
31:11;66:15
**manage (1)**
65:16
**managed (2)**
63:11,13
**Management (16)**
9:11,17,18;25:4;
26:12,16;27:1,2,6,13,
22;63:8;64:13,17;
65:6;66:9
**managing (2)**
26:20,21
**Mandarin (5)**
11:18,23,23;59:21;
68:3
**many (6)**
63:19;75:6;77:5,8;
81:24,25
**mark (5)**
25:17;30:18;75:12;
83:6,8
**marked (8)**
25:24;30:18;45:14;
61:17;64:13;69:17,
19;78:24
**Marketing (1)**
9:10
**Marriott (16)**
25:10,12;26:11,12,
15,20;27:2,13;63:11;
64:12,18;65:5,15,16,
21;66:9
**Marriott's (2)**
27:20;63:7
**Master (1)**
9:10
**matter (6)**
27:12;28:2,6;31:25;
54:10;82:23
**may (2)**
13:23;83:17
**Maybe (2)**
17:8;63:3;73:9;
77:15

**mayor (1)**
81:14
**mean (35)**
11:23;12:3;14:25;
22:10,18;23:1;27:23;
31:7;34:1,16;35:9;
38:8;39:11;41:7;
42:21;44:14;45:19;
50:3;51:13;52:17;
56:20;57:25;58:1;
60:11;62:11;63:10,
16,19;68:2;70:25;
72:1,20;75:10;76:9;
77:18
**means (6)**
7:25;22:13;51:18;
59:12;62:10;79:13
**meant (2)**
15:5;30:13
**media (1)**
81:5
**medication (1)**
8:8
**Meet (1)**
75:19
**member (2)**
35:17,20
**members (1)**
24:1
**mentioned (1)**
23:23
**middle (1)**
7:14
**might (4)**
10:14;20:10,13,15
**million (2)**
34:10,13
**mind (3)**
7:7;41:5;52:2
**minute (4)**
44:15,24;46:23;
62:24
**minutes (3)**
44:13;78:9,12
**misinterpreting (1)**
67:25
**mistake (1)**
19:20
**misunder (1)**
67:24
**misunderstanding (2)**
68:9,17
**misunderstands (1)**
68:16
**money (4)**
27:3;34:19;49:14,
22
**monies (4)**
45:7;46:16;47:15,
20
**MOON (79)**
10:6,11,20,24;
24:18;28:8,21;29:16;

31:3,11,17;32:8,14;
35:21;36:20;37:3;
43:15;44:9,13,18,20;
45:16,18,21;46:7,12;
48:7,9,11;50:2;52:17;
53:1;56:13;61:11,14,
22,24;63:3,9,12,15,
19;64:2,9,24;65:2,10,
23;66:12,22;67:1,19;
68:8,15;70:10,13,16;
75:10,14,16,19;76:2,
5,9,17;78:11,14;
79:16;81:23;82:6,21;
83:1,4,7,10,13,19,21,
23
**more (14)**
9:5;10:8;18:1;29:3;
37:7;38:5;44:3;52:24;
53:7;54:2;61:24;67:3;
77:10,11
**most (6)**
21:16;26:5;74:21,
23;75:3;77:8
**mostly (1)**
12:2
**mother (1)**
11:17
**motion (1)**
75:20
**move (6)**
10:12;29:13;45:4;
50:2;66:6;76:19
**much (1)**
63:1
**multiple (4)**
71:21;72:9;73:11;
74:18
**mumbo (1)**
26:6
**must (1)**
33:18
**myself (2)**
43:23;52:21

**N**

**NA (17)**
13:1,3,9;14:10;
16:4,7,9;18:16,20;
19:14,18;56:2;57:21;
58:3;70:19;71:2,8
**name (23)**
5:8,9,9,10,14,16,16,
17,18;6:4,11;19:2;
23:14;25:20;32:16;
43:8,9;50:11;53:9;
54:1;57:12;61:21;
84:10
**names (1)**
13:20
**necessarily (1)**
73:25
**necessary (2)**

84:7,9
**need (13)**
7:7;9:24;10:14;
26:5,18;44:12;52:20;
54:4;61:10;76:8;78:7,
8;83:1
**needed (1)**
43:16
**needs (2)**
68:15,22
**Neither (2)**
55:22;57:6
**news (2)**
81:5,17
**next (7)**
27:24;33:7,10,17,
20,22;34:2
**nodding (2)**
7:11;22:9
**None (1)**
52:5
**nor (1)**
57:6
**North (1)**
16:1
**Now's (1)**
44:11
**number (3)**
57:9;62:6;64:7
**numbers (11)**
30:2;43:2,6,12,17;
45:22,23;54:4,14;
72:5,24

**O**

**oath (2)**
6:24;84:5
**Objection (4)**
24:18;28:21;66:17;
82:21
**objections (4)**
29:8,8,10,14
**obligation (1)**
6:24
**obviously (3)**
31:4;65:8,20
**off (4)**
8:6;10:22;11:1;
57:5
**office (2)**
13:25;54:19
**Officer (1)**
78:4
**officers (1)**
81:14
**old (3)**
11:19;15:4;39:17
**one (27)**
8:4,23;12:19;22:21;
23:3;29:24;30:7;
33:20;34:25;35:1,2;
44:3,4,5,8;46:23;

52:23;53:2;61:11;
62:5,6,22;64:17;
66:10;70:15;77:15;
80:3
**one's (1)**
25:7
**online (12)**
33:2,14;46:25;47:5;
48:22,24;54:3;56:20;
57:11,11;58:12,14
**only (5)**
10:2;31:4,20;54:22;
66:4
**operate (3)**
25:3;26:15;66:24
**operated (1)**
26:11
**operates (2)**
51:19;81:10
**operation (1)**
35:14
**operations (2)**
25:5;27:3
**opportunity (1)**
58:14
**order (6)**
34:10;45:6;46:15;
49:13,22;64:7
**organized (2)**
35:11;36:6
**ought (1)**
5:21
**out (14)**
30:13;44:3,4;53:14,
14;56:7,21;58:5;63:6,
7;68:14,18,20,25
**over (4)**
29:6;81:5;82:9,9
**Overtalk (3)**
66:22;75:3;83:3
**own (10)**
13:9;17:21;18:9;
26:11;35:15;38:16;
53:10;56:22;57:3;
81:3
**owned (10)**
16:15,18,25;39:7;
52:12;67:11,22;71:2;
80:16;81:2
**owner (19)**
17:12;22:7,7,18,21;
56:2,23,24;57:13,22;
58:23;61:21;62:8,9,
12,14,18;71:8;72:7
**owners (5)**
52:24;53:6;71:24;
72:12;73:14
**ownership (18)**
20:4,6,24;26:24;
36:18;38:2,14,19,24,
24;39:7;69:5;71:20,
23;72:9,11;73:11,13
**owning (1)**

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 94 of 97    Page
ID #:970

U.S. ex rel. GNGH2, Inc. vs.                                                    JIAQI ZHANG
XLD CENTURY LLC and XLD GROUP LLC                                          December 1, 2023

55:10
**owns (41)**
  14:8,9,10,11,12;
  16:1,3,4,7,9,13;17:2,
  14;18:3,4,5,9,14,19,
  24;19:12,13,15,18;
  21:4,8,9;23:8;25:10,
  12;36:12;37:7;38:5;
  39:2;41:24;42:4;58:3,
  3;59:1,2;70:18

**P**

**Pacific (2)**
  44:19;78:11
**page (20)**
  26:7;30:25;31:4;
  32:10;33:5,5;34:22;
  43:25;46:5;51:8,15;
  52:23;53:2;60:8;
  61:20,22;65:14;
  70:13,15;80:8
**pages (4)**
  31:6;50:8;63:19;
  65:9
**paper (1)**
  73:16
**papers (2)**
  13:21;63:11
**paragraph (1)**
  51:14
**parent (10)**
  14:7,9,13;17:14,18,
  22;18:8;22:11;37:9;
  80:21
**parenting (1)**
  22:11
**part (5)**
  21:16;31:9;43:15,
  21;56:19
**particular (1)**
  51:8
**partnerships (3)**
  71:22;72:10;73:12
**Pasadena (1)**
  6:3
**pass (1)**
  60:7
**past (1)**
  20:7
**pause (1)**
  5:12
**Paycheck (5)**
  31:1;32:3;45:6;
  46:16;47:19
**PENALTY (2)**
  84:1,3
**pending (2)**
  10:2;44:9
**people (2)**
  6:7;72:15
**People's (21)**
  12:4;14:7,22,25;

15:7;22:8;24:5;34:25;
35:12,19,24;36:7,7;
41:14,18,22;42:9;
43:21;51:11,20;52:13
**percent (43)**
  13:10;14:3,4,11,12;
  16:11,17,18,25;17:1,
  1,20;18:3,4,18,23;
  19:8,8,9,13,14,15;
  21:10;35:16;36:13;
  37:7,22;38:5;52:24;
  53:7,10;55:11;56:3,
  23;57:3,22;58:3,4,23;
  59:2;61:24;70:19;
  71:8
**percentage (8)**
  17:19,24;18:17,22;
  19:6;21:6,7;57:4
**percentages (4)**
  20:6;21:1,17,21
**perfectly (1)**
  48:7
**performance (1)**
  27:9
**PERJURY (2)**
  84:1,3
**person (10)**
  9:1,3;22:16;23:4,4,
  7,13,13;35:18;50:10
**personal (4)**
  71:10;72:3,22;
  73:22
**persons (1)**
  12:15
**person's (1)**
  43:8
**phone (3)**
  27:7;72:4,24
**photo (1)**
  80:1
**phrase (2)**
  22:24;38:9
**phrases (1)**
  22:25
**phrasing (1)**
  82:8
**picture (1)**
  24:22
**place (1)**
  21:17
**places (2)**
  74:18;81:13
**plaintiff (1)**
  6:12
**Plaintiff's (7)**
  25:23;30:19;45:13;
  61:16;64:12;69:18;
  78:23
**please (8)**
  5:7,25;48:5;69:6;
  71:22;72:10;73:12;
  81:25
**pm (2)**

44:16;83:25
**point (5)**
  10:1,15;50:3;60:13;
  66:20
**points (1)**
  60:9
**popped (1)**
  8:5
**portal (5)**
  46:25;47:5;57:11;
  58:12,14
**portion (3)**
  31:4,20;46:7
**position (5)**
  13:14,18;26:8;
  80:12,23
**positions (2)**
  8:19;28:24
**PPP (21)**
  28:2,6;29:22;30:5,
  8,19;45:13;47:14,18,
  20;48:18;53:21;54:8,
  23;56:16;61:16;
  69:25;79:14,25;
  80:15;82:15
**PRC (10)**
  17:11;19:3,12;
  22:16;36:18;38:5;
  67:11,22;69:5;80:17
**prepare (1)**
  43:17
**prepared (1)**
  43:6
**previous (1)**
  50:22
**primary (5)**
  23:4;32:6,12,13,14
**printed (4)**
  50:11,11;63:6,7
**prior (1)**
  78:18
**probably (6)**
  5:24;27:16,22;
  73:20;74:2,2
**problem (1)**
  29:12
**process (1)**
  67:9
**produced (1)**
  31:24
**production (1)**
  31:10
**proficient (1)**
  11:15
**Program (6)**
  31:1;32:3;45:7;
  46:16;47:19;54:6
**project (1)**
  25:5
**promptly (1)**
  9:25
**pronounced (2)**
  5:18,21

**properly (1)**
  82:7
**properties (1)**
  27:8
**property (1)**
  24:12
**Protection (5)**
  31:1;32:3;45:7;
  46:16;47:19
**provide (5)**
  49:3;57:10;71:22;
  72:11;73:13
**provided (1)**
  59:5
**province (1)**
  14:22
**public (2)**
  81:2,17
**publicly (2)**
  27:20;63:7
**Puerto (1)**
  25:7
**pull (3)**
  31:14,17;52:21
**purchase (1)**
  25:2
**purchased (1)**
  25:1
**put (21)**
  28:14;34:2,4;53:17;
  55:16,18,18,22;56:3,
  3,4,22;57:7,15,18,24;
  59:5,8;61:14;67:5;
  83:8

**Q**

**quarter (1)**
  18:6
**question's (2)**
  10:3;39:14
**quite (5)**
  5:15;11:15;17:19;
  32:25;62:25

**R**

**ranking (1)**
  77:12
**read (14)**
  34:4,24;35:3;60:14,
  17;61:1,3;71:15,17;
  72:13;74:1,7,11;84:7
**reading (1)**
  39:18
**Real (18)**
  13:1,3,9,12;14:10;
  16:1,5,7,9;18:16,20;
  19:14;24:5;56:2;
  57:21;70:19;71:2,8
**really (16)**
  31:6;37:1;46:9;
  50:7,7;59:20,21;62:6;

64:2;66:1,19;68:24;
74:4;75:5,10,14
**reask (1)**
  73:9
**reasonable (2)**
  29:5,10
**recall (6)**
  46:25;47:2;49:6;
  50:18,25;62:21
**receive (1)**
  60:21
**received (1)**
  80:16
**recognize (1)**
  69:21
**recollection (1)**
  79:24
**record (6)**
  5:8;6:1;8:11;10:23;
  11:2,3
**refer (1)**
  6:7
**referred (2)**
  15:11;21:13
**referring (7)**
  38:14,15,18,19,23;
  39:6;70:2
**refers (3)**
  34:25;37:18,18
**refresh (1)**
  79:23
**registered (1)**
  51:19
**regulations (1)**
  61:6
**related (3)**
  13:24;23:16;75:9
**relates (1)**
  51:11
**relation (1)**
  9:3
**relationship (4)**
  27:18;75:8,25;
  76:13
**relationships (4)**
  20:6,25;21:16,21
**relative (1)**
  9:1
**Relator (1)**
  6:12
**relevance (2)**
  64:3;75:17
**relevant (5)**
  63:9,12,15;76:6;
  83:7
**relief (18)**
  28:3,7,10;29:22,25;
  30:5,8;34:10,14;
  48:19
**remember (21)**
  13:20;19:1;45:3;
  49:9,11,18,24;51:2;
  54:25;58:19;64:20;

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 95 of 97    Page
ID #:971

U.S. ex rel. GNGH2, Inc. vs.                                          JIAQI ZHANG
XLD CENTURY LLC and XLD GROUP LLC                              December 1, 2023

71:19;72:2,13;74:3;
77:20;78:2;80:2,4,5,7
**renovations (1)**
27:9
**reopen (1)**
83:17
**repeat (5)**
5:14;20:2;28:4;
38:12;47:17
**rephrase (2)**
7:22;18:1
**replied (2)**
72:6,14
**replying (1)**
73:6
**Report (1)**
25:24
**reporter (1)**
7:4
**represent (1)**
6:12
**representation (2)**
39:1,9
**representative (2)**
33:18;49:20
**Republic (21)**
12:4;14:7,22;15:1,
7;22:9;24:5;34:25;
35:12,19,24;36:8;
41:14,18,22;42:9,11;
43:21;51:11,20;52:13
**request (1)**
28:10
**required (1)**
49:3
**residence (1)**
76:15
**resident (2)**
35:18,24
**resides (2)**
74:15,21
**respond (2)**
7:9;37:1
**responding (1)**
71:13
**response (1)**
63:16
**responses (1)**
7:8
**responsible (2)**
27:4;54:14
**rest (1)**
55:2
**resume (1)**
44:15
**review (1)**
58:15
**Rico (1)**
25:7
**ridiculous (1)**
48:13
**right (128)**
5:19,22,24;6:5,6;

8:13,16;9:21;10:21;
11:11,13,16,24;12:6,
13,21;15:19;16:5,8;
17:20;18:4,10;19:4,9,
15,21,23;20:4,16;
21:1,6,22;22:9,23,25;
23:24;24:17;25:7,10,
13;26:2;27:20;29:12,
14,18;30:14,23;
31:21;32:16,17,18,19;
33:14,25;34:6,9,14,
17,20;37:8,11,13,19;
38:6,21;39:4;40:9;
41:2,6,14,23;42:3,10;
44:4,5,7,23;47:5;48:3,
16,20;49:2,10;50:8;
52:1;53:7,16;54:20;
55:8;57:4,20;59:13,
16;61:9;62:4,20,23;
64:21,25;65:4;67:5,
12,14,15,16;68:19;
69:10,13,15,16;72:16,
20,25;73:3;74:11,25;
75:21,21;77:4,9,21;
78:4;79:20;80:10;
81:21;82:2,20;83:11
**right-hand (1)**
32:11
**roughly (1)**
21:21
**rude (4)**
48:11,15;66:23,25
**Rule (2)**
25:23;29:7
**rules (1)**
60:21
**ruling (3)**
75:13;83:6,9

**S**

**sake (1)**
39:4
**same (22)**
6:25;7:14;20:17;
21:12,15;22:11;
23:14;29:7;30:3,10;
41:1;45:22,24;50:20,
23;51:4,5;56:6;61:23,
23;82:9;84:7
**saw (5)**
41:13,18;57:12,12;
58:2
**saying (16)**
7:10;13:23;14:1;
36:16;38:4;40:19;
48:10;49:2,25;53:16;
62:17;65:19;67:14;
73:6;80:11,13
**school (3)**
11:6,7;60:4
**Science (1)**
9:20

scope (2)
29:8,9
screen (5)
31:19;45:19,24;
61:10,14
scroll (1)
46:6
SEC (2)
63:8;65:5
second (27)
8:4;10:23;11:17;
14:5;15:18;17:3,6;
25:15,22;27:19;
28:15;31:2;32:3;
34:23;44:1,7;45:6;
46:16;51:13;52:20;
56:1;63:2;65:7;67:7;
69:15;80:14;82:15
second-round (10)
28:2,6;29:22;30:5,
8;47:14;48:18;53:21;
54:8,23
secretary (2)
13:19,24
section (2)
31:5;55:1
seeing (2)
25:4;64:2
seems (2)
25:20;45:20
sense (2)
24:21;57:4
sent (4)
63:25;64:10;69:25;
73:19
series (2)
6:20;33:6
Services (6)
27:13;64:18;65:5,
15,16,22
set (7)
21:13;31:24;50:20,
25;51:2,4,6
shaking (1)
7:10
Shanghai (1)
12:19
share (6)
23:8;45:19,24;
61:10;64:22;65:1
shared (1)
31:19
shareholders (4)
16:23;20:10;27:4;
57:10
shares (3)
18:9;57:8,9
Short (4)
5:12;10:15;44:21;
78:16
shortcircuit (1)
17:8
shorter (1)

63:24
**show (6)**
25:16;30:16,17;
46:2,7;78:22
**showed (1)**
57:3
**showing (2)**
26:7;57:13
**sibling (1)**
9:4
**sic (1)**
11:12
**Sichuan (22)**
14:14,20,21;15:10,
10,13,16,17,24;17:11;
18:25;19:1,12;22:8,
16,18,21;23:7;24:4;
37:7,9;59:1
**sidetracked (1)**
27:25
**sign (4)**
49:13,21;62:21;
80:9
**signature (7)**
47:8;49:4;50:10;
79:5,8,9;80:8
**signatures (1)**
72:16
**signed (17)**
27:12;46:19,22,24;
47:1,3;49:6,7,18;
50:8;62:20;64:17;
65:19;79:14,24;80:1,
5
**significant (1)**
35:14
**similar (3)**
45:12;66:11;67:1
**simple (2)**
25:22;40:24
**simply (1)**
64:3
**Singlida (20)**
14:14;15:10,10,14,
16,17,18,24;17:11;
19:1,12;22:8,11,18,
22;23:7;24:4;37:7,9;
59:1
**S-i-n-g-l-i-d-a (1)**
15:22
**sit (9)**
20:4;32:12;38:10,
13;40:4,13,22;51:17;
81:20
**sitting (1)**
55:4
**sixteen (4)**
11:21,21;39:19,20
**skills (6)**
39:21,24;40:5,10,
22,23
**skip (1)**
27:24

**slightly (1)**
20:11,13,15
**Small (1)**
60:23
**smoothly (1)**
10:10
**someone (4)**
22:15;56:4;64:18;
65:14
**sometimes (7)**
6:5;10:18;15:5,11;
72:15;77:10,11
**somewhere (1)**
77:12
**Sorry (9)**
20:2,12;23:18;36:8;
53:1;55:20;56:9;
60:12;61:2
**sort (3)**
14:7;23:4;74:25
**sounds (1)**
11:15
**south (1)**
72:16
**speak (1)**
7:14
**speaking (1)**
21:21
**specific (1)**
29:3
**specification (1)**
42:20
**specify (1)**
81:25
**spell (1)**
5:7
**spelled (2)**
5:17;15:21
**spend (4)**
11:25;63:1,17;
76:10
**spends (9)**
74:18,21,22;75:3;
76:16;77:3,8,10,11
**standard (1)**
27:12
**standing (1)**
55:4
**stands (1)**
78:3
**start (3)**
18:13;25:21;28:15
**started (3)**
11:19;13:1;39:17
**state (3)**
5:7,25;84:4
**statement (2)**
34:3,23
**statements (3)**
33:7,23;60:14
**states (5)**
13:9;24:12,13;
76:23;77:11

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 96 of 97    Page
ID #:972

U.S. ex rel. GNGH2, Inc. vs.
XLD CENTURY LLC and XLD GROUP LLC

JIAQI ZHANG
December 1, 2023

**stations (1)**
    33:10
**stays (3)**
    75:7;76:24;77:6
**steps (3)**
    30:2,10,13
**still (5)**
    13:11,11;62:9;64:9,
    24
**stopped (1)**
    83:24
**stopping (1)**
    10:1
**straighten (2)**
    68:18,20
**strike (1)**
    24:20
**structure (4)**
    58:2;71:21;72:9;
    73:11
**structures (1)**
    57:8
**stuff (1)**
    36:11
**submit (3)**
    42:20;58:15,16
**submitted (10)**
    34:6,9;42:19;45:6;
    46:15;47:4;58:10,12,
    13;60:22
**subscribe (1)**
    84:10
**subsidiaries (1)**
    80:21
**subsidiary (1)**
    51:19
**successful (1)**
    24:17
**suggest (1)**
    37:1
**suggesting (1)**
    66:18
**suggestion (1)**
    37:3
**suggestive (1)**
    36:25
**Suite (1)**
    6:2
**sum (1)**
    80:12
**summarize (1)**
    80:22
**supporting (2)**
    43:6;54:5
**suppose (1)**
    18:3
**sure (21)**
    10:17,20,24;12:20;
    14:3,4;17:5;18:2,12;
    19:7;20:13;22:23;
    23:1;27:18;32:25;
    47:13;49:16;59:25;
    61:6;72:17;80:10

**surprises (1)**
    10:19
**sworn (1)**
    5:2
**system (4)**
    49:3;54:7;56:20,20

**T**

**Taiwan (1)**
    15:6
**talk (8)**
    9:5;21:3;41:24;
    42:18;43:3;44:20;
    76:7;77:21
**talked (2)**
    15:5;46:23
**talking (8)**
    15:6;19:4,24;34:24;
    38:1;39:2;42:4;82:3
**Team (7)**
    27:2,6;32:25;42:17;
    43:1,3,4
**telling (2)**
    58:1;68:15
**ten (7)**
    20:1;19;21:18;22:3;
    44:13,14,23
**terms (1)**
    50:21
**testified (1)**
    5:3
**testify (5)**
    8:9;49:12,20;71:1;
    74:17
**testifying (7)**
    7:1;47:13;49:5;
    56:18;67:22;73:18;
    80:6
**testimony (6)**
    44:25;49:23;56:25;
    74:10,22;78:19
**thereof (1)**
    84:6
**third (3)**
    33:5;73:7,8
**though (3)**
    19:4;24:14;58:10
**thought (3)**
    40:2,12,12
**three (5)**
    10:9;25:2,6;32:11;
    60:9
**times (1)**
    81:25
**tiny (1)**
    31:5
**title (2)**
    9:18;57:13
**today (14)**
    6:15,25;8:9;20:4;
    38:10,13;40:4,13,22;
    51:17;81:20;82:18,

**23;83:18**
**together (2)**
    54:5;55:7
**told (7)**
    36:20;41:4;53:22;
    68:17;73:21;76:2,22
**Top (18)**
    16:3,4;18:21,24;
    19:13,16,17;21:9,10,
    12;26:7;31:1,5;32:2;
    34:23;60:9;71:3,3
**topic (1)**
    27:24
**Torrance (1)**
    25:12
**totally (1)**
    66:15
**toward (1)**
    48:14
**towards (1)**
    26:7
**traded (2)**
    27:20;63:7
**travel (2)**
    75:6;77:7
**travels (3)**
    24:10;74:24;76:22
**Treasury (1)**
    60:24
**trial (3)**
    68:14,25;82:4
**tried (2)**
    46:25;49:7
**Tripod (1)**
    58:3
**trouble (1)**
    68:6
**true (18)**
    6:4;14:6;26:14;
    33:9;53:12;55:13,16;
    57:22;58:23;62:4,7;
    69:8;70:8,24,25;71:5,
    6;74:14
**trust (3)**
    71:22;72:10;73:12
**truth (1)**
    6:25
**truthfully (1)**
    8:9
**try (9)**
    7:17,22;8:5;25:16;
    45:25;52:10;73:7;
    75:23;82:4
**trying (11)**
    16:22,23;24:21;
    25:21;28:9;29:1;
    36:25;68:18;76:18;
    81:18;82:1
**turn (6)**
    8:6;19:13,14;48:4;
    57:20;68:23
**turned (1)**
    48:13

**Turning (2)**
    60:8;61:9
**two (9)**
    7:7;10:8;25:2;26:7;
    52:19;69:5;80:14,15;
    82:14

**U**

**UK (3)**
    9:9,11;11:8
**ultimate (5)**
    17:19,22,24;22:7;
    69:5
**ultimately (8)**
    17:11;18:5,7;22:7;
    52:12;67:11,21;80:16
**Umpqua (5)**
    69:9;70:3,4;79:11,
    14
**under (10)**
    6:24;8:7;32:6;
    35:11;36:7;60:21;
    79:10;84:3,3,5
**understood (1)**
    41:3
**underwriter (1)**
    70:1
**unintelligible (1)**
    67:19
**United (4)**
    24:12,12;76:23;
    77:10
**University (5)**
    9:9,11,16;11:12;
    59:25
**unless (1)**
    10:16
**up (13)**
    8:5;20:8,14;29:11;
    31:14,17;52:21;57:4;
    61:5;68:22,23;80:12
**upper (1)**
    32:10
**use (1)**
    7:8
**used (1)**
    54:22
**usually (1)**
    23:3

**V**

**vague (2)**
    24:18;28:8
**various (1)**
    22:4
**vice-president (4)**
    8:20,21;13:16;
    24:23
**vice-presidents (1)**
    8:22
**vital (1)**

    24:22

**W**

**wait (3)**
    7:16;83:14,14
**wants (1)**
    31:9
**waste (1)**
    64:3
**way (14)**
    7:6,24;9:23;10:22;
    13:5;28:14;41:22;
    43:14;45:1;48:1;57:5;
    58:8;67:6;74:14
**ways (1)**
    25:4
**website (2)**
    63:8;65:5
**weekly (2)**
    27:6,10
**weren't (1)**
    20:25
**What's (18)**
    9:3,18;10:6;13:8,
    14;18:17,22;19:6;
    21:6;26:19;28:19;
    30:17;38:12;43:8;
    69:16,24;70:10;72:25
**whereof (1)**
    84:10
**Whereupon (10)**
    11:1;25:23;30:19;
    44:21;45:13;61:16;
    64:12;69:18;78:16,23
**whole (13)**
    20:25;22:3,6;24:22;
    31:9,14;33:6;54:6;
    72:2,13,17;73:20;
    74:3
**who's (5)**
    8:24;22:15;23:4,6;
    56:10
**whose (1)**
    79:8
**withdrew (1)**
    30:1
**without (1)**
    10:12
**WITNESS (13)**
    31:16;35:22;43:16;
    53:4;56:16;61:23;
    63:14;66:8,16;76:12,
    22;79:18;84:10
**wondering (1)**
    23:6
**word (1)**
    15:18
**words (5)**
    7:9,9;13:22;50:16;
    73:15
**work (5)**
    12:12,16,22;13:11;

Case 2:22-cv-05514-SB-PVC    Document 107-2    Filed 07/05/24    Page 97 of 97    Page
ID #:973

U.S. ex rel. GNGH2, Inc. vs.
XLD CENTURY LLC and XLD GROUP LLC

JIAQI ZHANG
December 1, 2023

54:5
**worked (2)**
   12:19;21:22
**working (6)**
   12:7,24;20:22;
   21:24;22:4;31:19
**works (1)**
   6:19
**world (1)**
   77:3
**worry (1)**
   26:5
**Wycliffe (2)**
   11:7,11

**X**

**XLD (144)**
   6:14,14;8:15,15,20,
   21;9:5,6;12:12,12,21,
   21,25,25,25;13:1,3,5,
   5,9,10,12,17,17,24;
   14:8,10,10;15:11,17;
   16:1,3,4,4,7,7,8,9,9,
   13,15,15,18,19,24,25;
   17:12,12,14,16,17;
   18:13,14,16,20,21,24;
   19:13,14,15,16,17,18,
   19;20:22,22;21:3,5,9,
   12,22,25;22:4;25:9,
   12;27:3;29:21,25;
   30:3,4,11,20;31:11,
   18;35:10,13,13;37:8,
   9,19;38:2,6,25;39:2,7,
   8;41:21,24;42:3,4,8;
   44:4,5,8;45:9,12,14;
   46:17;47:15,15,20,20;
   48:19,19;51:1;52:19,
   19;53:3,19;54:20;
   56:1,8,23;57:21;59:2;
   61:6,7,12,17;62:8;
   63:14;65:19,19;66:9,
   10;67:10,10,21,21;
   70:19;71:1,3,3,8

**Y**

**year (3)**
   11:5,9;12:19
**years (4)**
   20:1,19;21:18;22:3
**Yep (1)**
   51:15
**York (4)**
   9:9,15;11:12;59:24
**youth (1)**
   11:25

**Z**

**Z1 (3)**
   25:18,19,23
**Z2 (2)**

30:18,19
**Z3 (1)**
   61:16
**Z4 (1)**
   64:12
**Z5 (1)**
   69:18
**Z6 (1)**
   78:23
**ZHANG (19)**
   5:1,9,16,18,19,20,
   21;6:9,10;8:25;23:8,
   11;24:9;32:7;58:21,
   25;70:18;71:7;84:17
**Z-h-a-n-g (2)**
   5:10,17

**0**

**00 (1)**
   31:12
**001 (2)**
   31:12,18
**004 (1)**
   31:18
**01 (1)**
   31:13
**04 (1)**
   31:13

**1**

**100 (23)**
   14:3,4,11,12;16:11,
   17,18,25;17:19;
   18:23;19:8,9,13,13;
   21:10;53:10;55:11;
   56:22;57:3;58:23;
   59:2;70:18;71:8
**11:07 (2)**
   44:19,19
**12:07 (2)**
   78:10,11
**1st (1)**
   20:5

**2**

**2 (10)**
   45:5,13;51:1;52:16;
   53:2;74:6;81:20,23;
   82:1,13
**2:07 (1)**
   44:16
**20 (8)**
   35:16;36:13;37:7,
   22;38:5;52:24;53:7;
   61:24
**2000 (1)**
   9:13
**2005 (1)**
   11:10
**2009 (1)**

9:10
**2010 (3)**
   9:13;12:6,8
**2013 (2)**
   13:2;22:1
**2021 (3)**
   41:2;62:7;79:15
**2023 (2)**
   20:5;84:11
**24 (1)**
   6:2
**26 (1)**
   25:24
**2700 (1)**
   6:2

**3**

**3 (7)**
   61:9,12;74:6;81:21,
   23;82:1,14
**30 (1)**
   29:7
**305 (1)**
   6:2
**30b6 (1)**
   8:12

**4**

**4 (1)**
   64:8

**5**

**5 (1)**
   69:17
**50 (2)**
   18:3,4

**6**

**6 (1)**
   78:22
**675 (1)**
   63:23

**8**

**80 (5)**
   17:1;19:8,9,12;21:7
**89 (1)**
   17:1

**9**

**95 (8)**
   13:9;16:12,13;
   18:18;19:15;56:2;
   57:22;58:3