# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:22-cv-05514-SB-PVC | Title | GNGH2 v. XLD Century LLC et al |
|---|---|---|---|
| Judge | Stanley Blumenfeld, Jr., United States District Judge | | |
| Dates of Trial or Hearing | 7/11/2024 | | |
| Court Reporters or Tape No. | Myra Ponce | | |
| Deputy Clerks | Lynnie Fahey | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| David N. Abrams | Dana M Moon |
|  | Jeffrey Dorsett |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Jiaqi Becky Zhang | Plaintiff |
| | | | | | | | |
| | | | | | | | |
| 2/U1 | X | X | | | | XLD Group 2483SD | Plaintiff |
| 3/U2 | X | X | | | | XLD Century 2483SD | Plaintiff |
| 5/U5 | X | X | | | | Email | Plaintiff |
| 10 | X | X | | | | Zhang Declaration | Plaintiff |
| 11 | X | X | | | | Article | Defense |
| 12 | X | X | | | | Email | Defense |
| 13 | X | X | | | | Email | Defense |
| 14 | X | X | | | | Document | Defense |