JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States ex rel. GNGH2 Inc., | Case No.: 2:22-CV-05514-SB-PVC |
| Plaintiff, | |
| vs. | FINAL JUDGMENT |
| XLD CENTURY LLC et al., | |
| Defendants. | |

    Plaintiff United States ex rel. GNGH2 Inc. (Relator) filed this False Claims Act (FCA) lawsuit, alleging that Defendants XLD Century LLC and XLD Group LLC were ineligible to receive $4 million in Paycheck Protection Program loans because they were both ultimately owned by Sichuan Xinglida, a Chinese entity. The Court granted in part Relator's motion for summary judgment, finding that Relator had proved falsity, materiality, and causation, but found a triable issue of material fact as to scienter.

    On July 11, 2024, the Court held a bench trial to determine whether Relator could establish the element of scienter. Relator appeared by its attorney David Abrams, and Defendants appeared by their attorney Dana Moon. After evaluating

the evidence at trial and considering the parties' written submissions, the Court issues the final judgment as follows:

THE COURT HEREBY ADJUDGES, ORDERS AND DECREES AS FOLLOWS:

1. Relator has failed to carry its burden and is not entitled to recover on its FCA claim;
2. Judgment is awarded in favor of Defendants and against Relator; and
3. Relator's claim against Defendants is hereby dismissed on the merits with prejudice.

IT IS SO ORDERED.

Date: August 8, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge